FILED

Oct 17  3 26 PM '03

U. S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT M. HARTRANFT, JR. | CIVIL ACTION NO. |
| Plaintiff | 3:01CV1870 (GLG) |
| v. | |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, ET AL | OCTOBER 16, 2003 |
| Defendants | |

**DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSE TO
PLAINTIFF'S APRIL 10, 2002 AMENDED COMPLAINT**

1. As to Paragraph 1, the plaintiff is left to his proof.

2. As to Paragraph 2, the plaintiff is left to his proof.

3. So much of Paragraph 3 which alleges that defendant Hartford Life & Accident Insurance Company ("Hartford Life") regularly conducts business in the State of Connecticut is admitted; as to the remaining allegations of Paragraph 3, the plaintiff is left to his proof.

4. As to Paragraph 4, the plaintiff is left to his proof.

5. Paragraph 5 is admitted.

6.  As to Paragraph 6, the plaintiff is left to his proof.

7.  As to Paragraph 7, the plaintiff is left to his proof.

8.  As to Paragraph 8, upon information and belief, the plaintiff's employment with co-defendant HSB ended on or about March 1, 1999; as to any remaining allegations of Paragraph 8, the plaintiff is left to his proof.

9.  As to Paragraph 9, it is denied that the plaintiff was eligible for the long term disability benefits applied for under the Group Long Term Disability Policy (No. GLT 208185) ("Policy") issued by Hartford Life to HSB Group, Inc. and it is denied that the plaintiff was disabled under the Policy; it is admitted that, while the plaintiff was employed at HSB, he was enrolled in a Group Long Term Disability Plan, the named Plan Administrator for which was HSB Group, Inc.; as to any remaining allegations in Paragraph 9, the plaintiff is left to his proof.

10. Paragraph 10 asserts a legal conclusion as to which no response is required.

11. Paragraph 11 asserts a legal conclusion as to which no response is required.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. As to Paragraph 14, it is admitted that eligibility for long term disability benefits under the Policy is governed by all the terms and conditions of the Policy, which speak for themselves; it is denied that the plaintiff was eligible for long term disability

benefits under the Policy; as to any remaining allegations of Paragraph 14, the plaintiff is left to his proof.

15. Paragraph 15 is denied.

16. Paragraph 16 is denied.

17. As to Paragraph 17, it is admitted that Hartford Life reviewed and subsequently denied the plaintiff's claim for long term disability benefits under the Policy; any remaining allegations of Paragraph 17 are denied.

18. As to Paragraph 18, the plaintiff is left to his proof.

19. As to Paragraph 19, the plaintiff is left to his proof.

20. As to Paragraph 20, the plaintiff is left to his proof.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

23. Paragraph 23 is denied.

24. As to Paragraph 24, the plaintiff is left to his proof.

## BY WAY OF AFFIRMATIVE DEFENSE

The plaintiff has failed to state a cause of action upon which relief may be granted.

THE DEFENDANT,
HARTFORD LIFE & ACCIDENT
INSURANCE CO.

BY: /s/ Michael G. Durham
MICHAEL G. DURHAM (#ct 05342)
DELANEY, ZEMETIS, DONAHUE,
DURHAM & NOONAN, P.C.
741 Boston Post Road, Suite 306
Guilford, CT 06437
Telephone: (203) 458-9168
Facsimile: (203) 458-4424
E-Mail: mgdurham@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Attorney Judith D. Meyer
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451

Eric L. Sussman, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

/s/ Michael G. Durham
MICHAEL G. DURHAM