UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 16  P 3: 33

HARTRANFT

V.                                      3:01CV1870(GLG)

HARTFORD LIFE


SCHEDULING ORDER

1. Plaintiff is to file any partial summary judgment motion or motion in limine on preliminary issues concerning standard of review/scope of record by November 17, 2003.

2. Defendant's opposition brief will be due by December 17, 2003.

3. Plaintiff's reply brief will be due by January 15, 2004.


So ordered, at Bridgeport, on October 16, 2003.

/S/
William I. Garfinkel, U.S.M.J.