# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT M. HARTRANFT, JR.,** | : | **DOCKET NO. 3:01CV1870(GLG)** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **HARTFORD LIFE AND ACCIDENT** | : | |
| **INSURANCE CO. and HSB GROUP, INC.** | : | |
| **Defendants.** | : | **November 13, 2003** |

### AFFIDAVIT OF ROBERT M. HARTRANFT, JR.

The undersigned, being duly sworn, hereby deposes and states:

1.  I am over the age of eighteen years and I understand the meaning and obligations of an oath.

2.  I have first-hand knowledge of the facts stated herein.

3.  I am the plaintiff in the above-captioned matter.

5.  In 1996 I was hired as a Consulting Engineer, and subsequently became a Principal Engineer at Hartford Steam Boiler, the Company now known as "HSB Group, Inc." ("HSB"). I remained in the employ of HSB through March 1, 1999.

6.  Shortly after I was hired I was provided a loose leaf handbook which described the HSB employee benefits and policies. The handbook was titled "Making Tracks."

7.  The handbook was divided into sections on individual topics, with large tab dividers.

8.  The document attached as Exhibit 1 is the entire section of Making Tracks on disability benefits, updated through January, 1999, the last update I received from HSB.

9.  To my knowledge, this is the only document that was ever provided to me during my employment that described the long term disability benefits available to me as an

Page 1 of 4

employee of HSB (the "Plan").

10. Under the Plan I was offered the option to purchase additional long term disability coverage, so that my benefits would be seventy per cent (70%) of my pre-disability earnings.

11. I purchased the additional long term disability benefits under the plan, and paid for the enhanced benefits through deductions from my wages.

12. In or about 1993 I was diagnosed with Parkinson's Disease.

13. During the fall of 1998, I began to suffer from fatigue to the point of exhaustion nearly every day, ongoing sleep disturbance every night, headaches, upper respiratory tract infection symptoms, loss of balance, and gastrointestinal distress. These symptoms became progressively worse throughout the rest of 1998 and 1999.

14. On February 1, 1999 my manager notified me that I would be laid off from my job effective March 1, 1999. Previously, this had been suggested to me as early as December, 1998, but my manager indicated he might attempt to find other suitable employment for me within HSB.

15. On March 1, 1999 my employment was terminated.

16. I became severely depressed by early 1999, even before the notice of my layoff.

17. Throughout 1998 and 1999 and into early 2000, I denied that my symptoms were permanent, and I insisted that I simply had an intractable flu, or some temporary health problem, and would soon be able to return to work.

18. By early 2000, it was unavoidably apparent that my health was not improving but further deteriorating. I had become disabled during 1998, and had simply refused to admit it.

19. I have been unable to engage in any substantial gainful employment since February, 1999.

20. I was unable to tolerate the concept of being disabled, and refused to admit it for more than a year after I actually lost my ability to engage in any substantial gainful activity.

21. In April, 2000, I wrote to Hartford Steam Boiler and requested both short term disability

("STD") and long term disability ("LTD") benefits for which I was eligible during my employment at HSB. I provided HSB with a letter from my physician, explaining that I had become permanently disabled by February, 1999, while I was still employed at HSB.

22. In June, 2000, I was notified that HSB had denied my application for short term disability benefits.

23. In June, 2000, I appealed the denial of my short term disability benefits; and at the same time I also requested a copy of the long term disability plan itself, since I had only the description set forth in the Handbook.

24. In July, 2000, I received a letter from Jodi Lussier of Hartford Steam Boiler with an application for LTD benefits and a twenty-nine page staple-bound booklet, setting forth the terms of the long term disability policy (the "Booklet"). The Booklet described an LTD insurance plan through HLI. No other documents were attached or included in this mailing. The Booklet I received in response to my request is attached, in its entirety, as Exhibit 2.

25. In August, 2000, Hartford Steam Boiler informed me its Disability Committee had overturned the denial of STD benefits and awarded benefits effective February 26, 1999.

26. Also in August, 2000, I applied for Social Security Disability Income ("SSDI"). The Social Security Administration granted my application for SSDI effective as of February 28, 1999.

27. In September, 2000, I applied for long term disability benefits, submitting my application to HSB which, to my understanding, was to submit it to Hartford Life and Accident Insurance Company ("HLI").

28. At no time during my employment was I ever informed that HLI would exercise final authority over my disability benefits; it was always my understanding that if I had to apply for benefits, it would be to my employer, which included individuals who were familiar with my work and my work ethic.

29. At no time during my employment was I notified that if I applied for disability benefits my claim would be reviewed by an administrator with discretion to deny it despite my treating doctors' belief, my statement, and evidence from those who lived and worked with me, that I was unable to work due to illness.

Page 3 of 4

30.    After my attorney pointed it out to me, I read the statement, in the Equal Employment
       Opportunity and Affirmative Action section of the "Making Tracks" Handbook, "The
       descriptions in Making Tracks are intended solely to highlight HSB policies and benefit
       plans. Descriptions are not intended as substitutes for the documents which legally
       govern each policy and benefit plan summarized in this handbook." I do not believe I
       ever noticed that statement, but even having read it, I do not know what it is intended to
       say. I believed HSB's representations in the Disability Tracks section, and expected I was
       paying for LTD benefits that HSB would pay to me if I became unable to work due to
       illness, not disability insurance payments if HLI, in its discretion, decided to pay me
       benefits.

31.    Throughout my career I was a dedicated engineer and I was accustomed to devote nearly
       all my waking hours to my work. I had the privilege to work among others who shared
       my work ethic. It was an anathema to me, as I believe it would have been to any of them,
       that I would ever feign a disability or cease working if I had any choice.

                                                      _____
                                                      Robert M. Hartranft, Jr.

STATE OF CONNECTICUT:
                                 : ss.  Avon
COUNTY OF HARTFORD    :

The foregoing was sworn to and subscribed before me this 20th day of November, 2003.


                                      _____
                                      Judith D. Meyer
                                      Commissioner, Superior Court


                              Page 4 of  4

# DISABILITY INCOME TRACK

*The Disability Income Plan provides you with regular income if you are unable to work due to an illness, injury or pregnancy. You are covered whether the disability is job-related or non-job-related. Depending on the nature and duration of your disability, two different types of benefits are available — Short-Term Disability and Long-Term Disability.*

**O-3    Short-Term Disability Benefits**

    Eligibility
    Applying for STD Benefits
    Amount and Duration of Benefits

**O-4    Pregnancy-Related Disability**

    Disability Period
    Leave of Absence
    Benefits
    Return to Work
    Severance

**O-4    Long-Term Disability Benefits**

    Eligibility
    Amount of Benefits
    Additional LTD Coverage
      Enrollment for Increased LTD
    Other Income Benefits
    Applying for LTD Benefits
    Duration of Benefits
    Duration of Benefits for a Mental or Nervous
      Condition, Alcoholism or Substance Abuse

**O-6    Rehabilitation Benefits**

**O-7    Continuation of Your Other Company Benefits**

**O-7    Additional Information**

    What the Plan Does Not Cover
    When Coverage Ends

1/99

000463

O-2

000466

# Short-Term Disability Benefits

Short-Term Disability (STD) benefits are payable if you are ill or injured and are unable to work.

## Eligibility

You are eligible for STD benefits if you are an active HSB employee regularly scheduled to work at least 17 1/2 hours a week. Your eligibility for payment of STD benefits begins on the first day of the month after you start work at HSB as shown in the tables at the right. If you start work on the first day of a month, your eligibility begins on the first day of the following month.

HSB pays the full cost of Short-Term Disability protection.

## Applying for STD Benefits

If you are unable to work because of illness or injury, contact your supervisor to request STD benefits. HSB may request proof of your disability.

## Amount and Duration of Benefits

Your STD benefits are based on your length of service and your salary. STD benefits are payable for up to 26 weeks.

- "Service" means your continuous years of service, including approved leaves of absence and periods when you are receiving STD benefits. Periods during which you are receiving Long-Term Disability benefits are not counted.
- "Salary" means your base rate of pay as of the date you became disabled, excluding overtime, bonuses or any amounts paid under any other HSB benefit program. Your pre-tax contributions to the Thrift Incentive Plan are included as salary.

Benefits for employees who work at least 17 1/2 hours but less than 37 1/2 hours per week are calculated in proportion to the number of hours they work weekly.

If you are a non-exempt employee, STD benefits available to you during any 12-month period are shown below.

| If your service equals: | | You'll receive biweekly: | |
|---|---|---|---|
| | | 100% of your salary for and | 60% of your salary for |
| Less than 6 months | | 0 days | 0 days |
| **At least** | **Less than** | | |
| 6 months | 1 year | 10 days | 0 days |
| 1 year | 2 years | 20 days | 110 days |
| 2 years | 3 years | 30 days | 100 days |
| 3 years | 4 years | 40 days | 90 days |
| 4 years | 5 years | 50 days | 80 days |
| 5 years | 6 years | 65 days | 65 days |
| 6 years | 7 years | 80 days | 50 days |
| 7 years | 8 years | 95 days | 35 days |
| 8 years | 9 years | 110 days | 20 days |
| 9 years | 10 years | 120 days | 10 days |
| 10 years or more | | 130 days | 0 days |

If you are an inspector or an exempt employee, including a marketing or account executive, STD benefits available to you during any 12-month period are shown below.

| If your service equals: | | You'll receive biweekly: | | | |
|---|---|---|---|---|---|
| | | 100% of your salary for | and | 60% of your salary for | |
| | | 5-day work week | 7-day work week | 5-day work week | 7-day work week |
| Less than 1 year | | 10 days | 14 days | 0 days | 0 days |
| **At least** | **Less than** | | | | |
| 1 year | 2 years | 30 days | 42 days | 100 days | 140 days |
| 2 years | 3 years | 60 days | 84 days | 70 days | 98 days |
| 3 years | 4 years | 90 days | 126 days | 40 days | 56 days |
| 4 years | 5 years | 120 days | 168 days | 10 days | 14 days |
| 5 years or more | | 130 days | 182 days | 0 days | 0 days |

000467

Your full STD benefit is payable only once during any 12-month period. If you use all of your STD benefit in any 12-month period, you are not eligible to receive additional STD benefits until the beginning of the following 12-month period. You may be eligible for Long-Term Disability benefits in this case.

All federal, state and local income taxes are withheld from STD benefits, as are FICA (Social Security) taxes.

In addition, your STD benefit is adjusted to reflect other sources of disability income, including:

- Workers' compensation;
- State disability benefits, including mandatory no-fault automobile insurance;
- Any other income benefits program provided by HSB contributions to a plan or program; and
- Social Security benefits or other benefits under a federal or state disability program.

## Example of STD Benefits
Paul is a 54-year-old, non-exempt employee who has completed eight years of service. His monthly salary is $1,500 (or $346 a week), and he is unable to work due to illness.

During the first 26 weeks of disability, Paul would receive these STD benefits:

- $346 a week for the first 22 weeks (110 days divided by five days per work week)
- $207 a week for the next four weeks (60% of $346)

After Paul has been disabled for six months, he may qualify for Long-Term Disability (LTD) benefits if he meets the plan's definition of total disability, as explained on page O-5.

# Pregnancy-Related Disability

Employees disabled by pregnancy, childbirth and related medical conditions are eligible for the same Short-Term Disability benefits as employees disabled by other medical conditions.

## Disability Period
A woman's disability period starts when her physician states, in writing, that she may no longer work. The period continues until the physician states, in writing, she may return to work.

The amount and duration of disability benefits depends on the employee's length of service and exempt/non-exempt status. See the schedule of STD benefits on the previous page.

## Leave of Absence
You may be eligible for additional unpaid leave under the Family and Medical Leave Act (FMLA). See page F-7 for additional information on FMLA.

# Long-Term Disability (LTD) Benefits

The Long-Term Disability Plan assures you of a continuing regular income if you have a prolonged illness or injury. LTD benefits can continue a portion of your pay throughout your total disability period.

## Eligibility
You are eligible for LTD benefits if you are an active HSB employee regularly scheduled to work at least 17 1/2 hours a week. LTD benefits are payable provided you are "totally disabled" and were previously eligible for and received payment for STD benefits for that period of disability.

### Definition of Total Disability
Under the LTD portion of the Disability Income Plan, you will be considered totally disabled:

- During the first 24 months of a period of disability, if you cannot perform the duties of your own occupation because of illness, injury or pregnancy. "Your own occupation" means the type of work in which you are engaged and is not limited to the actual job you performed before your period of disability started.
- After two years, during the same period of disability, if you cannot work at any gainful occupation for which you are or may reasonably become suited by education, training or experience.

O-4

000468

**For employees hired on or after 1-1-98:**

## Pre-existing Condition Limitation

No benefit will be payable under the plan for any disability that is due to a pre-existing condition until the employee has been covered by the plan for 12 continuous months. A pre-existing condition is defined as any injury, illness, mental illness, pregnancy or episode of substance abuse for which an employee received medical care during the 6-month period immediately prior to his or her effective date of coverage.

## Amount of Benefits

If you qualify, the LTD Plan assures you of a monthly benefit equal to 60% of your monthly salary. HSB pays for this portion of your LTD coverage. The salary used to determine your LTD benefit is the same as the salary used to determine your STD benefit, as described on page O-3.

## Additional LTD Coverage

If you are not an HSB senior officer, you may elect to purchase additional LTD coverage equal to 10% of your monthly salary, for a total of 70%. The cost for the additional LTD coverage is based on your age and salary.

## Enrollment for Increased LTD

To increase your LTD coverage to 70% of your monthly salary, you must complete a Flextrack enrollment form available from your Branch Office or the Home Office Human Resources Department within 30 days of your date of hire. The Flextrack enrollment form indicates your LTD coverage choice and authorizes HSB to deduct your cost for coverage from your paycheck. If you enroll within 30 days of your date of hire, your coverage will go into effect immediately.

If you don't enroll for additional LTD within the initial 30-day period, or if you want to decrease your LTD coverage, you cannot do so until the annual Open Enrollment period or until you have a life status change. (See page H-4 regarding life status changes.)

**For employees hired on or after 1-1-98:**
The pre-existing condition limitation described in column one applies to the additional 10% of coverage as well.

To increase your LTD coverage after the initial 30-day period, you must complete an Evidence of Insurability form, available from the Human Resources Department. You are responsible for the cost of obtaining this statement from your doctor. You will be enrolled for the additional LTD coverage only if your evidence of insurability is approved.

## Other Income Benefits

Your LTD benefits are adjusted to reflect other income benefits, which include:

- Payments under any Workers' Compensation law, occupational disease law or similar legislation;
- Payments under any disability, cash sickness benefit or similar legislation;
- Primary Social Security benefits; and
- HSB Employee Retirement Plan benefits.

The minimum benefit payable from the LTD Plan is $100 a month. The maximum is $20,000 a month.

If you receive long-term disability benefits, you must apply for Social Security disability benefits. If Social Security benefits are denied, you must follow the process established by the Social Security Administration to reconsider the denial. If benefits are denied again, you must request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals. ITT Hartford, HSB's LTD administrator, can offer assistance with the process once your LTD benefits have been approved.

## Example of LTD Benefits

Using the same assumptions described in the earlier STD example, Paul, who has not elected to obtain the additional coverage, is approved for LTD benefits. He also becomes eligible for a monthly Social Security disability benefit of $400. His LTD benefit would be calculated as follows:

    60% x $1,500    = $900
    minus
    Social Security
    disability benefit  - $400

    LTD Plan benefit    $500

Paul would receive $400 a month from Social Security and $500 a month from the LTD Plan. So, his total income from both sources is $900 — or 60% of his monthly salary.

000469

# Rehabilitation Benefits

## Applying for LTD Benefits

If you remain disabled, contact your supervisor four to six weeks before your STD is due to end for the necessary form(s) to apply for LTD benefits. You may also be required to have a medical examination by an approved physician.

## Duration of Benefits

Long-term disability benefits are payable at the end of each month while an employee remains totally disabled, but not beyond one of the following, whichever occurs first:

- the date on which the employee fails to furnish proof that total disability continues,
- the date on which the employee refuses to permit a required medical examination,
- the date on which the employee no longer has a disability, as defined in this section, or
- the date determined from the table below.

## Duration of Benefits for a Mental or Nervous Condition, Alcoholism or Substance Abuse

There is a 24-month limitation of long-term disability benefits for alcoholism, non-medical use of narcotics, or a mental or nervous condition. However, if you are confined to a hospital or other qualified institution for one of these conditions, your long-term benefits will continue as long as you remain confined.

Generally, if you return to work, your LTD benefits will either cease or be reduced by the amount of pay you receive for such work. However, if your disability is such that vocational rehabilitation or part-time work could help you ultimately return to full-time gainful employment, your LTD benefits provide some incentive to undertake such activities.

If you work under a rehabilitation program approved by the Plan Administrator, your LTD benefit will be recalculated. During rehabilitative employment, you will receive your normal LTD benefit reduced by 50% of your earnings from rehabilitative employment.

For example, if your LTD benefits are $900 before rehabilitative employment and you begin to earn $400 a month in an approved rehabilitative employment program, your LTD benefit will be recalculated as follows: $900 - $200 (50% x $400) = $700.00

When you add your recalculated LTD benefit to your earnings from rehabilitative employment, your total monthly income increases to $1,100.

| Commencement of employee's disability (when STD benefits begin) | Benefit payments for disabled employee will end: |
|---|---|
| Prior to age 62 | At age 65 |
| After age 62 but prior to age 63 | When benefits have been paid for a period of 48 months |
| After age 63 but prior to age 64 | When benefits have been paid for a period of 42 months |
| After age 64 but prior to age 65 | When benefits have been paid for a period of 36 months |
| After age 65 but prior to age 66 | When benefits have been paid for a period of 30 months |
| After age 66 but prior to age 67 | When benefits have been paid for a period of 27 months |
| After age 67 but prior to age 68 | When benefits have been paid for a period of 24 months |
| After age 68 but prior to age 69 | When benefits have been paid for a period of 21 months |
| After age 69 | When benefits have been paid for a period of 15 months |

000470

# Continuation of Your Other Company Benefits

If you are approved for and begin receiving LTD benefits, you will also be eligible for continued coverage under certain other HSB benefit plans. Here's how your coverage continues under the HSB benefit plans during your total period of disability.

- Your Basic and Supplemental Employee Life Insurance coverage will continue at no cost to you if you are approved by Aetna for a premium waiver. When you retire, your life insurance coverage amount will be reduced to a flat $7,500 at no cost to you.
- Your medical and dental benefits will continue for you and your covered dependents. Deductions for these benefits can be taken from your monthly disability check.

  If you become eligible for Medicare while on LTD, Medicare coverage is primary.
- You will become 100% vested in your entire Thrift Incentive Plan account on the day you are approved for LTD benefits. At that time your contributions will stop and you will be eligible to receive a distribution of your account balance.
- LTD benefits end at your normal retirement age, unless your disability begins after age 62 (see Duration of Benefits on previous page). You will be eligible to receive

Retirement Plan benefits once you reach your normal retirement age. You receive service credit for the date of your disability to your normal retirement age. Refer to the Retirement Plan section (page V-5) of this handbook for additional information on retirement benefits after a period of total disability.

# Additional Information

## What the Plan Does Not Cover

The Disability Income Plan will not pay STD or LTD benefits for any disability:

- Incurred before you became eligible for STD or LTD benefit coverage;
- Connected with service in the armed forces of any country or due to acts of war or participation in a riot or civil commotion;
- Incurred while on a leave of absence;
- Related to employment with another employer;
- Due to a self-inflicted injury; or
- Due to committing or attempting to commit an assault, battery or felony.

**For employees hired on or after 1-1-98:**

## Pre-existing Condition Limitation

No benefit will be payable under the plan for any disability that is due to a pre-existing condition until the employee has been covered by the plan for 12 continuous months. A pre-existing condition is defined as any injury, illness, mental illness, pregnancy or episode of substance abuse for which an employee received medical care during the 6-month period immediately prior to his or her effective date of coverage.

ɔ00471

Benefits will be payable while you are confined to a hospital or other qualified institution for alcoholism or the non-medical use of narcotics or hallucinogenic drugs. If you are not so confined, benefits will be paid for no more than a total of 24 months for all periods of such disability during your lifetime.

## When Coverage Ends

Your coverage under the Disability Income Plan ends if your employment with HSB ends or in the event the plan is terminated.

000472

# HSB GROUP, INC.

**Group Long Term Disability Benefits**

000473

**EXHIBIT 2**

# HSB GROUP, INC.

Group Long Term Disability Benefits

# GROUP LONG TERM DISABILITY INSURANCE
## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Certificate of Insurance | 2 |
| Schedule of Insurance | 3 |
| Definitions | 4 |
| Eligibility and Enrollment | 9 |
| When Coverage Starts | 10 |
| Changes in Coverage | 11 |
| Exclusions | 12 |
| Pre-existing Conditions Limitations | 13 |
| Termination | 14 |
| Disability Benefits | 15 |
| General Provisions | 20 |
| ERISA | 24 |

PS-M-90

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### Hartford, Connecticut
(Herein called The Hartford)

### CERTIFICATE OF INSURANCE
Under
**The Group Insurance Policy**
**as of the Effective Date**
Issued by
**THE HARTFORD**
to
**The Policyholder**

This is to certify that The Hartford has issued and delivered the Group Insurance Policy to The Policyholder.

The Group Insurance Policy insures the employees of the Policyholder who:
- are eligible for the insurance;
- become insured; and
- continue to be insured;

according to the terms of the Policy.

The terms of the Group Insurance Policy which affect an employee's insurance are contained in the following pages.

This Certificate of Insurance and the following pages will become your Booklet-certificate. The Booklet-certificate is a part of the Group Insurance Policy.

This Booklet-certificate replaces any other which The Hartford may have issued to the Policyholder to give to you under the Group Insurance Policy specified herein.

---

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

*Lynda Godkin*

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

Z-LTD(C001)

2

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with The Hartford at its home office.

Policyholder:

HSB Group, Inc.

Group Insurance Policy:

GLT-208185

Plan Effective Date:

January 1, 1998

This plan of Long Term Disability Insurance provides you with income protection if you become disabled from a covered accidental bodily injury, sickness or pregnancy.

With respect to Option 1, you do not contribute towards the plan's cost. With respect to Option 2, you must contribute towards the plan's cost.

Eligible Class:

All Active Full-time Employees.

Full-time Employment:

17.5 hours weekly.

Maximum Monthly Benefit:

$20,000

The **Minimum Monthly Benefit** will be $100.

Benefit Percentage:
Option 1                          60%
Option 2                          70%

**THE OPTION YOU ELECT MUST BE INDICATED ON YOUR GROUP INSURANCE ENROLLMENT FORM.**

Annual Enrollment Period:

During the last quarter of each Calendar Year as designated by your Employer.

**The Eligibility Waiting Period** is the length of service during which you must be an Active Full-time Employee in a class eligible for insurance before you become eligible for coverage. It is as follows:

(1) If you are working for the Employer on the Plan Effective Date - You will have completed the Eligibility Waiting Period on your first day of service in the Eligible Class.

(2) If you start working for the Employer after the Plan Effective Date - You will have completed the Eligibility Waiting Period on the first day of service in the Eligible Class.

3

**The Elimination Period** is the period of time you must be Disabled before benefits become payable. It is the last to be satisfied of the following:

(1) the first 180 consecutive days of any one period of Disability; or

(2) with the exception of benefits required by state law, the expiration of any Employer sponsored short term disability benefits or salary continuation program.

## MAXIMUM DURATION OF BENEFITS TABLE

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 62 | To Age 65, or for 48 months, if greater |
| Age 62 | 48 months |
| Age 63 | 42 months |
| Age 64 | 36 months |
| Age 65 | 30 months |
| Age 66 | 27 months |
| Age 67 | 24 months |
| Age 68 | 21 months |
| Age 69 and over | 15 months |

The above table shows the maximum duration for which benefits may be paid. All other limitations of the plan will apply.

## DEFINITIONS

The terms listed will have these meanings.

**Actively at Work**

You will be considered to be actively at work with your Employer on a day which is one of your Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a full time basis on that day. You will be deemed to be actively at work on a day which is not one of your Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

4

**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. The employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours indicated in the Schedule of Insurance.

**Current Monthly Earnings** means the monthly earnings you receive from any employer or for any work, while Disabled and eligible for Residual Disability benefits under this plan.

**Disabled or Disability** means either Totally or Residually Disabled or Total or Residual Disability.

**Employer** means the Policyholder.

**Indexed Pre-disability Earnings** when used in this policy means your Pre-disability Earnings adjusted annually by adding the lesser of:

    (1) 10%; or

    (2) the percentage change in the Consumer Price Index (CPI-W).

The adjustment is made January 1st each year after you have been Disabled for 12 consecutive months, and if you are receiving benefits at the time the adjustment is made.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31, and the prior year's CPI-W as of July 31, divided by the prior year's CPI-W.

**Monthly Benefit** means a monthly sum payable to you while you are Disabled, subject to the terms of the Group Insurance Policy.

5

**Monthly Rate of Basic Earnings** means your regular monthly pay, from the Employer, not counting:

(1) commissions;

(2) bonuses;

(3) overtime pay; or

(4) any other fringe benefit or extra compensation.

If you become Disabled, your Monthly Rate of Basic Earnings will be the rate in effect on your last day as an Active Full-time Employee before becoming Disabled.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family, as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible or that are paid to you, to your family, or to a third party on your behalf, pursuant to any:

(1) temporary or permanent disability benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, or similar law;

(2) governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;

(3) plan or arrangement of coverage, whether insured or not, as a result of employment by or association with the Employer or as a result of membership in or association with any group, association, union or other organization;

(4) individual insurance policy where the premium is wholly or partially paid by the Employer;

(5) "no-fault" automobile insurance plan;

(6) disability benefits under the United States Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, the Quebec Pension Plan, or similar plan or act that you, your spouse and children, are eligible to receive because of your Disability.

6

Other Income Benefits also mean any such payments that are made to you, your family, or to a third party on your behalf, pursuant to any:

(1) disability benefit under the Employer's Retirement Plan;

(2) portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for your loss of earnings;

(3) retirement benefit from a Retirement Plan that is wholly or partially funded by employer contributions, unless:

    (a) you were receiving it prior to becoming Disabled; or

    (b) you immediately transfer the payment to another plan qualified by the United States Internal Revenue Service for the funding of a future retirement.

    Other Income Benefits will not include the portion, if any, of such retirement benefit that was funded by your after-tax contributions;

(4) retirement benefits under the United States Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, the Quebec Pension Plan, or similar plan or act that you, your spouse and children, receive because of your retirement, unless you were receiving them prior to becoming Disabled.

If you are paid Other Income Benefits in a lump sum, we will pro-rate the lump sum:

(1) over the period of time it would have been paid if not paid in a lump sum; or

(2) if such period of time cannot be determined, over a period of 60 months.

The Hartford may make a retroactive allocation of any retroactive Other Income Benefit payments.

The amount of any increase in benefits paid under any federal or state law will not be included as Other Income Benefits if such increase:

(1) takes effect after the date benefits become payable under this plan; and

(2) is a general increase which:

    (a) is required by law; and

    (b) applies to all persons who are entitled to such benefits.

7