THE HSB GROUP, INC.
EMPLOYEES' DISABILITY PLAN

EFFECTIVE JANUARY 1, 1976
(Amended and Restated as of January 1, 1998)

EXHIBIT

*P/C 3 (RO)*
*Deft 9/30/03*

HSB0125

THE HSB GROUP, INC.
EMPLOYEES' DISABILITY PLAN

I. DEFINITIONS

1.1     "Committee" means the Disability Committee described in Article IV below.

1.2     "Company" means HSB and any corporation, partnership, joint venture or other entity during which at least an 80% voting or profits interest is owned, directly or indirectly, by HSB, that adopts this Plan with the approval of its governing entity and the approval of the Senior Officers of HSB.

1.3     "Disability" means that the Employee is prevented by:
- accidental bodily injury;
- sickness;
- mental illness;
- substance abuse; or
- pregnancy,

from performing the essential duties of his or her occupation. The Disability Committee has sole discretion to determine whether a particular situation is intended to be covered by the Plan. In no event shall Disability include (1) a disability incurred prior to eligibility for Short-Term Benefits or Long-Term Benefits, (2) disability connected with service in the Armed Forces of any nation or a disability that is caused by war or an act of war (whether declared or not), insurrections, rebellion or participation in a riot or civil commotion, (3) disability incurred while on leave of absence, (4) disability resulting from intentionally self-inflicted injuries, and (5) disability resulting from the commission of or attempt to commit, an assault, battery, or felony, or to which a contributing cause was being engaged in an illegal occupation.

1.4     "Effective date" means the effective date of the Plan which shall be January 1, 1976.

1.5     "Employee" means any person who is employed by the Company to perform at least 1,000 hours of service in a Plan Year.

1.6     "HSB" means HSB Group, Inc.

HSB0126

1.7      "HSB Senior Officer" means an officer of HSB elected by the Board of Directors of HSB and determined by the Board to be an executive officer of HSB as defined by Securities and Exchange Commission rules.

1.8      "Inspector" means any employee performing FLSA non-exempt duties pursuant to the several current job descriptions entitled "Inspector" and as they may be amended from time to time.

1.9      "Long-Term Benefits" means benefits paid pursuant to Article III.

1.10      "Period of Disability" means one day or a number of days an Employee is scheduled to work but does not actually work due to Disability.

1.11      "Plan" means The HSB Group, Inc. Employees' Disability Plan described herein and as it may be amended from time to time.

1.12      "Plan Year" means any calendar year during which the Plan is effective.

1.13      "Salary" means the Employee's base salary rate in effect at the commencement of a Period of Disability, exclusive of overtime and bonuses, including Pretax Compensation Contributions relating to such base salary made on behalf of the Employee by the Company pursuant to HSB's Thrift Incentive Plan, and any amounts excluded from the Employee's gross income that qualify under Section 125 of the Internal Revenue Code as elective contributions under the Company's Section 125 plan, but excluding any Company contributions made under the Thrift Incentive Plan and amounts paid under any other plan of deferred compensation, or any Company program of additional benefits (including, but not limited to, the receipt of any cash pursuant to a cafeteria plan as defined by Section 125 of the Internal Revenue Code).

1.14      "Service" means periods beginning with the first full month of employment including (1) periods of active employment, (2) leaves of absence granted by the Company, and (3) periods during which an employee receives Short-Term benefits. In no event shall Service include any period during which the Employee receives Long-Term Benefits.

1.15      "Short-Term Benefits" means benefits paid pursuant to Article II.

1.16      "Social Security payments" means a primary benefit related to the Disability.

HSB0127

II.    SHORT-TERM BENEFITS

    2.1    Eligibility

        An Employee shall be eligible for payment of Short-Term Benefits as provided in Section 2.2 below, beginning the first day of the month immediately following commencement of employment, for any Period of Disability.

    2.2    Amount of Benefit

        (a)    Employees classified as non-exempt under the Fair Labor Standards Act, other than Inspectors, with Service found in Column 1 are entitled during any 12 month period to 100% of Salary for the corresponding number of days in Column 2 and 60% of Salary for the corresponding number of days in Column 3 for any Period of Disability subject to Section 2.3 below.

| Service | Days of 100% Benefits | Days of 60% Benefits |
|---|---|---|
| Up to 6 mos. | 0 | 0 |
| 6 mos. - 1 year | 10 | 0 |
| 1 - 2 years | 20 | 110 |
| 2 - 3 years | 30 | 100 |
| 3 - 4 years | 40 | 90 |
| 4 - 5 years | 50 | 80 |
| 5 - 6 years | 65 | 65 |
| 6 - 7 years | 80 | 50 |
| 7 - 8 years | 95 | 35 |
| 8 - 9 years | 110 | 20 |
| 9 - 10 years | 120 | 10 |
| 10 years or over | 130 | 0 |

        (b)    Employees classified as exempt under the Fair Labor Standards Act and Inspectors with Service found in Column 1 are entitled during any 12 month period to 100% of Salary for the corresponding number of days in Column 2 and 60% of Salary for the corresponding number of days in Column 3 for any Period of Disability subject to Section 2.3 below.

HSB0128

| Service | Days of 100% Benefits | | Days of 60% Benefits | |
|---|---|---|---|---|
| | 5 day workweek | 7 day workweek | 5 day workweek | 7 day workweek |
| Up to 1 year | 10 | 14 | 0 | 0 |
| 1-2 years | 30 | 42 | 100 | 140 |
| 2-3 years | 60 | 84 | 70 | 98 |
| 3-4 years | 90 | 126 | 40 | 56 |
| 4-5 years | 120 | 168 | 10 | 14 |
| Over 5 years | 130 | 182 | 0 | 0 |

On each anniversary date of an Employee's first full month of employment, the Employee shall be eligible for the Days of 100% Benefits and Days of 60% Benefits corresponding to the Employee's total number of years of Service. However, Days of 100% Benefits and Days of 60% Benefits not used during the preceding year shall be forfeited.

2.3   Deductions and Limitations on the Amount of Benefit

There shall be deducted from the amount of Short-Term Benefits (a) all Short-Term Benefits already paid in the twelve calendar months immediately preceding the onset of each Disability, (b) payments under any worker's compensation law, occupational disease law, unemployment law or similar legislation; and (c) payments under any disability, cash sickness benefit or similar legislation. Deductions include the actual amount received or, if such benefit is not applied for, the amount that would be payable had the Employee submitted a claim.

In no event shall an Employee be entitled to Short-Term Benefits (a) after Short-Term Benefits for any 12 month period have been exhausted, and (b) during periods of absence for any reason other than Disability, including leaves of absence, vacation or any other time off program provided by the Company.

2.4   Payment of Benefits

Short-Term Benefits shall be payable in accordance with the payroll schedule of the Company. If the Committee shall determine that any Employee entitled to benefits is legally, physically, or mentally incapable of receiving benefits, payments may be made to such other persons as the Committee believes to be then maintaining or having custody or charge of such Employee, and such payment shall constitute a complete discharge of all liability therefor.

HSB0129

III.  LONG-TERM BENEFITS

Long-Term Disability Benefits shall be determined in accordance with the
terms of the Group Insurance Policy in effect between HSB and The Hartford
Life and Accident Insurance Company effective January 1, 1998 (the
"Policy"), a copy of which is attached to and incorporated into this Plan.
Endorsement A to the Policy applies only to Senior Officers.

IV.  ADMINISTRATION

4.1    The Administration of the Plan shall be the responsibility of the
Disability Committee. The Committee shall consist of at least three
members of which at least two shall be officers of the Company.
The Committee shall be appointed by the President of the Company
and shall serve thereafter at his or her pleasure.

4.2    The Committee may from time to time allocate responsibilities for the
operation and administration of the Plan to specific individuals.

4.3    The Committee shall also be authorized to contract with an Administrative
Services Organization (hereinafter "ASO") to perform administrative
services for the Plan such as, but not limited to:

(a)    investigating, processing and paying claims for benefits
hereunder
(b)    monitoring ongoing claims
(c)    providing rehabilitation services for Employees receiving
benefits hereunder
(d)    performing audits of payments made
hereunder.

4.4    The Committee or ASO may require from time to time proof of
Disability including medical examination approved by the Committee
or ASO.

4.5    If the Committee or ASO shall determine that any Employee entitled
to benefits is legally, physically, or mentally incapable of receiving
benefits, then payments may be made to such other persons as the
Committee or ASO believes to be then maintaining or having custody
or charge of such person; and such payment shall constitute a
complete discharge of all liability therefor.

HSB0130

4.6   All interpretations and determinations of fact made by the Committee, or any ASO to whom the Committee delegates this authority, in the performance of any of its functions under the Plan shall be conclusive and binding upon all parties in interest.

## V.   MISCELLANEOUS PROVISIONS

5.1   The Company reserves the right by action of the Senior Officers of HSB to amend the Plan and to terminate the Plan at any time, with the sole exception that no such action shall deprive any person of any right or claim to benefits under the Plan on account of any Disability already incurred.

5.2   No interest in any benefit shall be subject in any manner to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, or charge and any such action or attempt shall be void.

5.3   If any payment hereunder cannot be made within seven years after same shall be payable because the identity or whereabouts of the payee remains unascertained, then such payment shall be automatically forfeited and all liability for same shall be terminated.

5.4   The right to receive any benefit under the Plan shall not create, nor shall the Plan be interpreted to create, any right of employment for any Employee. The Plan shall not alter, or in any manner restrict the personnel practices of the Company particularly with regard to termination of employment.

5.5   The Company shall pay from its general assets benefits provided under the Plan and any other expenses of maintaining the Plan unless otherwise covered by any insurance contract between the Company and another entity.

5.6   The Plan shall be governed at all times in accordance with the laws of Connecticut and the federal government.

5.7   The provisions of the Plan as amended and restated shall apply only to an Employee who begins receiving benefits hereunder on or after January 1, 1998. The rights and benefits of any Employee who was receiving benefits for a Disability which occurred prior to January 1, 1998, shall be determined in accordance with the Plan as it was in effect on December 31, 1997. The rights and benefits of such Employee for any subsequent Disability shall be determined under the Plan as herein amended and restated.

HSB0131

EXHIBIT D

36 Musket Trail
Simsbury, CT 06070
22 June 2000


Jodi L. Lussier
Assistant Vice President, Benefits
The Hartford Steam Boiler Inspection and Insurance Company
P.O. Box 5024
One State Street
Hartford, CT 06102-5024

Via e-mail; original via US Post

Subject: Request for LTD material

Dear Jodi:

As described in your letter of 2 June, please forward the material necessary for me to apply for Long Term Disability benefits. Please also forward a copy of the actual policy, as well as any other material necessary to understand the basis of a decision on whether to grant such benefits.

As before, please do not hesitate to write, e-mail, or call if this request is unclear in any way, or if you have other questions.

Sincerely yours,

Robert M. Hartranft, Jr.




Lussier2.doc

**EXHIBIT**

RMF    4

DAH    9/30/03

36 Musket Trail
Simsbury, CT 06070
26 April 2000

Mrs. Georgia Feigel
Director of Human Resources
The Hartford Steam Boiler Inspection and Insurance Company
P.O. Box 5024
One State Street
Hartford, CT 06102-5024

Subject: Disability Insurance Claim

Dear Mrs. Feigel,

This is to submit a claim under my HSB Disability Insurance policy. The claim
commences on the day of my lay-off by The Hartford Steam Boiler Inspection and
Insurance Company (HSB), 25 January 1999, and continues through the present day.
The claim is based on medically-documented conditions including Parkinson's Disease
(PD) which were known to my HSB supervisors, and which had the effect of preventing
me from effectively pursuing the additional outside business and outside funding
necessary for the performance of my job as Manager of Projects. These conditions
commenced well before my lay-off, and indeed, the PD was diagnosed in 1992, before I
even began work for HSB. During the claim interval, I have been unable to perform any
substantial work, and accordingly, have had no income other than from my wife and from
premature draw-down of retirement savings.

Certification of the disability and documentation of the applicable times of onset is
attached by my family physician, Dr. John Cappadona, and can be verified by appropriate
medical specialists I consulted.

In accordance with the applicable version of "Making Tracks", Sections O-3 and O-5, this
claim involves an initial claim for Short-Term disability, followed by an ongoing claim
for Long-Term disability.

It is important to note that because of the inconspicuous onset and subtle progress of
these conditions, neither my HSB supervisors nor I understood nor appreciated how
disabling the conditions had become by the time of my lay-off. That has become
apparent only during the course of subsequent treatment, and is responsible for the delay
in submitting this claim.

I would be pleased to meet with you at your convenience to review the records relating to
this claim.

**EXHIBIT**

_Deft    5    (B)_
_Drift   9/30/03_

0101

Please do not hesitate to contact me at 860-658-6276 or at hartranft@home.com.

Sincerely yours,

Robert M. Hartranft, Jr.

Attachment: Letter from Dr. John Cappadona

FeigelClaim.doc
26 April 2000

0102

# John T. Cappadona, M.D.
### Family and Internal Medicine
### 720 Hopmeadow Street, Simsbury, CT 06070

April 10, 2000

Mr. Robert M. Hartranft, Jr.
36 Musket Trail
Simsbury, CT 06070

Subject: Certification of Disability for 1999

Dear Mr. Hartranft,

During 1999, you suffered from a series of significant medical conditions:

1.  Parkinson's Disease. You were originally diagnosed with Parkinson's Disease
    (PD) in September 1993. Your attending Neurologist has been Dr. Louis Reik,
    Jr., of the University of Connecticut Medical Center, Farmington, CT. Before
    that, your early tremor in the hands had been preliminarily diagnosed as Benign
    Essential Tremor. As you known, PD is a progressive neurological disease with a
    spectrum of troubling symptoms, all of which tend to increase with time after
    appearance. During 1999, you evidenced all the following, work-degrading
    symptoms: excessive tiredness, tremor in your hands and face, muscular rigidity
    and pain, depression, poor balance, and sleep irregularity. While these symptoms
    can be treated with some success, including your ongoing prescription for
    Sinement (l-dopa), it is unfortunately true that we have no current treatment for
    the underlying disease, nor for its progression. I note that you, your younger
    sister Joanne, and your mother Eleanor are participating in a Boston University
    Medical School study to determine if your early-onset PD has a genetic origin.
2.  Chronic Fatigue Syndrome. You first reported additional work-disrupting
    symptoms of what you perceived to be Chronic Fatigue Syndrome (CFS) to me in
    September 1998. Your symptoms during 1999 met the protocol of the Centers for
    Disease Control for clinical diagnosis of CFS, and I note that you are taking the
    experimental supplement NADH to attempt to reduce CFS symptoms. It is also
    important to note that the observed symptoms of CFS in your case overlap known
    symptoms of PD, so it is not presently possible to make a definitive diagnosis of
    CFS separate from PD.
3.  Depression. Throughout 1999, you took Prozac to treat depression. In addition,
    you consulted with Dr. James Bozzuto, Psychiatrist, West Hartford, CT, and Dr.
    Keith Scott, Psychiatrist, Avon, CT, as well as one visit to a Psychologist, Dr.
    Sigfried Haug, of Simsbury, CT. Depression is associated with both PD and CFS,

EXHIBIT

_Plf - 6 (bd)_
_Dep 9/30/03_

0005

and thus is not strictly an independent condition, although it is being treated as a separately significant problem.

4. Severely Fractured L1 Vertebrae. On September 13, 1999, you fell and severely fractured your L1 vertebrae (i.e., "broke your back"). In addition, you received a concussion which prevented memory retention for three days. You may also have fractured a right rib. It is virtually certain that the poor balance associated with PD contributed to this fall, but because of your memory loss, the exact circumstances are not fully known. The principal attending specialists for this trauma have been Dr. David A. Kruger, Orthopedic Surgery, and Dr. Stephan Lange, Neurological Surgery, both of St. Francis Hospital, Hartford, CT. Recovery has been relatively typical, which is to say, very time consuming and generally painful. I note that you have just completed the supplemental Physical Therapy I prescribed with Mr. A. J. Zutkowski, Physical Therapist, Simsbury, CT, to help improve your mobility and to help decrease the pain level. I note also that you had an earlier fall during 1998 which caused temporary limits to your large skeletal muscle control, necessitating your transportation by ambulance using a "back board" to Hartford Hospital and examination there. You were released later that same day, but the root cause of the 1998 fall was clearly PD effects, thus strongly suggesting that the 1999 fall was part of a developing pattern. It is important that you exercise great caution to avoid future falls, especially while the L1 fracture continues to heal.

The result of these interacting conditions has been to progressively diminish your ability to work or to function productively. Some degradation occurred as early as the September 1993 PD diagnosis, but appears to have been compensated by your drive to continue working at a high level. Until that point, your records show that you averaged 55 productive hours per week of work, in addition to a normal family and social life. Commencing at that time, there has been a progressive reduction in your overall performance ability. This was reflected first in reduced social activities, then reduced family activities, and finally reduced productive work ability.

By September 1998, you were no longer able to perform even 40 hours of productive work per week, your productivity during those 40 hours was progressively declining because of tiredness and depression, and your sick days had begun to increase. Indeed, until that time, you state that it had been your practice to "make up" any sick time by performing additional work. This pattern continued through the end of 1998, by which time you were routinely sleeping 12 hours per day, yet continuing to display fatigue and tiredness while awake. Even brief periods of exertion would produce two or three days of exhaustion. Your susceptibility to common infections increased, with a series of flu-like events noted. By January 1999, you had effectively lost the ability to reliably perform the work you had done successfully since graduation from college in 1966, and in fact, your condition continued to worsen during the first six months of 1999, eliminating even your ability to perform many of your habitual household chores.

Based on these medically determined conditions, I certify that you were fully and permanently disabled during 1999, unable to perform your normal job activity as an

engineering project manager or any other substantially gainful activity, and that the underlying conditions have already lasted more than 12 months.

If there are any questions, please call me at 860-651-3519.

Sincerely yours,

John T. Cappadona, M.D.


RMHdisability99.doc

4007

EXHIBIT E

Author:  Jodi Lussier at ho_p
Date:    06/30/2000  2:32 PM
Normal
TO: hartranft@home.com (Bob Hartranft) at Internet
Subject: Re: Appeal of STD; Request for LTD material
------------------------------------ Message Contents

Bob,

With apologies for the delay, the LTD forms and plan document are
going out in today's mail to you.

Have a good weekend.
Jodi


_____ Reply Separator _____
Subject: Appeal of STD; Request for LTD material
Author:  hartranft@home.com (Bob Hartranft) at Internet
Date:    06/22/2000  4:59 AM


Jodi:

Attached are letters providing notice of my intent to appeal the STD
decision and requesting information on that decision and the LTD
process.

Thanks very much.

Bob


**EXHIBIT**

_DLF_  13  _A00_
_DSH_ 9/30/03

EXHIBIT F

# HSB GROUP, INC.

Group Long Term Disability Benefits

**EXHIBIT**

_Plf____14____
_Det___9/30/03_

# GROUP LONG TERM DISABILITY INSURANCE
## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Certificate of Insurance | 2 |
| Schedule of Insurance | 3 |
| Definitions | 4 |
| Eligibility and Enrollment | 9 |
| When Coverage Starts | 10 |
| Changes in Coverage | 11 |
| Exclusions | 12 |
| Pre-existing Conditions Limitations | 13 |
| Termination | 14 |
| Disability Benefits | 15 |
| General Provisions | 20 |
| ERISA | 24 |

PS-M-90

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### Hartford, Connecticut
(Herein called The Hartford)

---

### CERTIFICATE OF INSURANCE
Under
### The Group Insurance Policy
### as of the Effective Date
Issued by
### THE HARTFORD
to
### The Policyholder

---

This is to certify that The Hartford has issued and delivered the Group Insurance Policy to The Policyholder.

The Group Insurance Policy insures the employees of the Policyholder who:
- are eligible for the insurance;
- become insured; and
- continue to be insured;

according to the terms of the Policy.

The terms of the Group Insurance Policy which affect an employee's insurance are contained in the following pages.

This Certificate of Insurance and the following pages will become your Booklet-certificate. The Booklet-certificate is a part of the Group Insurance Policy.

This Booklet-certificate replaces any other which The Hartford may have issued to the Policyholder to give to you under the Group Insurance Policy specified herein.

---

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

*Lynda Godkin*

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

Z-LTD(COO1)

2

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with The Hartford at its home office.

| | |
|---|---|
| Policyholder: | HSB Group, Inc. |
| Group Insurance Policy: | GLT-208185 |
| Plan Effective Date: | January 1, 1998 |

This plan of Long Term Disability Insurance provides you with income protection if you become disabled from a covered accidental bodily injury, sickness or pregnancy.

With respect to Option 1, you do not contribute towards the plan's cost. With respect to Option 2, you must contribute towards the plan's cost.

| | |
|---|---|
| Eligible Class: | All Active Full-time Employees. |
| Full-time Employment: | 17.5 hours weekly. |
| Maximum Monthly Benefit: | $20,000 |

The **Minimum Monthly Benefit** will be $100.

Benefit Percentage:
| | |
|---|---|
| Option 1 | 60% |
| Option 2 | 70% |

**THE OPTION YOU ELECT MUST BE INDICATED ON YOUR GROUP INSURANCE ENROLLMENT FORM.**

| | |
|---|---|
| Annual Enrollment Period: | During the last quarter of each Calendar Year as designated by your Employer. |

**The Eligibility Waiting Period** is the length of service during which you must be an Active Full-time Employee in a class eligible for insurance before you become eligible for coverage.  It is as follows:

    (1) If you are working for the Employer on the Plan Effective Date - You will have completed the Eligibility Waiting Period on your first day of service in the Eligible Class.

    (2) If you start working for the Employer after the Plan Effective Date - You will have completed the Eligibility Waiting Period on the first day of service in the Eligible Class.

BC-208185(GLT)

**The Elimination Period** is the period of time you must be Disabled before benefits become payable. It is the last to be satisfied of the following:

(1) the first 180 consecutive days of any one period of Disability; or

(2) with the exception of benefits required by state law, the expiration of any Employer sponsored short term disability benefits or salary continuation program.

## MAXIMUM DURATION OF BENEFITS TABLE

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 62 | To Age 65, or for 48 months, if greater |
| Age 62 | 48 months |
| Age 63 | 42 months |
| Age 64 | 36 months |
| Age 65 | 30 months |
| Age 66 | 27 months |
| Age 67 | 24 months |
| Age 68 | 21 months |
| Age 69 and over | 15 months |

The above table shows the maximum duration for which benefits may be paid. All other limitations of the plan will apply.

## DEFINITIONS

The terms listed will have these meanings.

**Actively at Work**

You will be considered to be actively at work with your Employer on a day which is one of your Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a full time basis on that day. You will be deemed to be actively at work on a day which is not one of your Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

4

**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. The employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours indicated in the Schedule of Insurance.

**Current Monthly Earnings** means the monthly earnings you receive from any employer or for any work, while Disabled and eligible for Residual Disability benefits under this plan.

**Disabled** or **Disability** means either Totally or Residually Disabled or Total or Residual Disability.

**Employer** means the Policyholder.

**Indexed Pre-disability Earnings** when used in this policy means your Pre-disability Earnings adjusted annually by adding the lesser of:

    (1) 10%; or

    (2) the percentage change in the Consumer Price Index (CPI-W).

The adjustment is made January 1st each year after you have been Disabled for 12 consecutive months, and if you are receiving benefits at the time the adjustment is made.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31, and the prior year's CPI-W as of July 31, divided by the prior year's CPI-W.

**Monthly Benefit** means a monthly sum payable to you while you are Disabled, subject to the terms of the Group Insurance Policy.

**Monthly Rate of Basic Earnings** means your regular monthly pay, from the Employer, not counting:

   (1) commissions;

   (2) bonuses;

   (3) overtime pay; or

   (4) any other fringe benefit or extra compensation.

If you become Disabled, your Monthly Rate of Basic Earnings will be the rate in effect on your last day as an Active Full-time Employee before becoming Disabled.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family, as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible or that are paid to you, to your family, or to a third party on your behalf, pursuant to any:

   (1) temporary or permanent disability benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, or similar law;

   (2) governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;

   (3) plan or arrangement of coverage, whether insured or not, as a result of employment by or association with the Employer or as a result of membership in or association with any group, association, union or other organization;

   (4) individual insurance policy where the premium is wholly or partially paid by the Employer;

   (5) "no-fault" automobile insurance plan;

   (6) disability benefits under the United States Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, the Quebec Pension Plan, or similar plan or act that you, your spouse and children, are eligible to receive because of your Disability.

6

Other Income Benefits also mean any such payments that are made to you, your family, or to a third party on your behalf, pursuant to any:

(1) disability benefit under the Employer's Retirement Plan;

(2) portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for your loss of earnings;

(3) retirement benefit from a Retirement Plan that is wholly or partially funded by employer contributions, unless:

  (a) you were receiving it prior to becoming Disabled; or

  (b) you immediately transfer the payment to another plan qualified by the United States Internal Revenue Service for the funding of a future retirement.

  Other Income Benefits will not include the portion, if any, of such retirement benefit that was funded by your after-tax contributions;

(4) retirement benefits under the United States Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, the Quebec Pension Plan, or similar plan or act that you, your spouse and children, receive because of your retirement, unless you were receiving them prior to becoming Disabled.

If you are paid Other Income Benefits in a lump sum, we will pro-rate the lump sum:

(1) over the period of time it would have been paid if not paid in a lump sum; or

(2) if such period of time cannot be determined, over a period of 60 months.

The Hartford may make a retroactive allocation of any retroactive Other Income Benefit payments.

The amount of any increase in benefits paid under any federal or state law will not be included as Other Income Benefits if such increase:

(1) takes effect after the date benefits become payable under this plan; and

(2) is a general increase which:

  (a) is required by law; and

  (b) applies to all persons who are entitled to such benefits.

7

**Physician** means a practitioner of a healing art, which we are required by law to recognize, who is properly licensed, and practicing within the scope of that license.

**Regular Care of a Physician** means appropriate care and attendance by a Physician other than yourself, your spouse, father, mother, brother, sister, son or daughter.

**Residual Disability or Residually Disabled** means you are prevented by:

(1) accidental bodily injury;
(2) sickness;
(3) mental illness;
(4) substance abuse; or
(5) pregnancy,

from performing some, but not all, the essential duties of your or any occupation, and as a result your Current Monthly Earnings are at least 20%, but no more than 80% of your Pre-disability Indexed Earnings.

**Retirement Plan** means a defined benefit or defined contribution plan that provides benefits for your retirement and which is not funded wholly by your contributions. It does not include:

(1) a profit sharing plan;
(2) thrift, savings or stock ownership plans;
(3) a non-qualified deferred compensation plan; or
(4) an individual retirement account (IRA), a tax sheltered annuity (TSA), Keogh Plan, 401(k) plan or 403(b) plan.

**Total Disability or Totally Disabled** means that:

(1) during the Elimination Period; and
(2) for the next 24 months, you are prevented by:

    (a) accidental bodily injury;
    (b) sickness;
    (c) mental illness;
    (d) substance abuse; or
    (e) pregnancy,

from performing the essential duties of your occupation, and as a result you are earning less than 20% of your Pre-disability Earnings, unless engaged in a program of Rehabilitative Employment approved by us.

After that, you must be so prevented from performing the essential duties of any occupation for which you are qualified by education, training, or experience.

8

Your failure to pass a physical examination required to maintain a license to perform the duties of your occupation does not alone mean that you are Totally Disabled.

**We/Us/Our** means the Hartford Life and Accident Insurance Company.

**You/Your/Insured Person** means the Insured Person to whom this Booklet-certificate is issued.

## ELIGIBILITY AND ENROLLMENT

**Who are Eligible Persons?**
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**
You will become eligible for coverage on either:
    (1) the Plan Effective Date, if you have completed the Eligibility Waiting Period; or if not
    (2) the date on which you complete the Eligibility Waiting Period.

See the Schedule of Insurance for the Eligibility Waiting Period.

**How do you enroll?**
Eligible Persons will be enrolled automatically by the Employer for Option 1.

To enroll for another Option, you must:
    (1) complete and sign a group insurance enrollment form which is satisfactory to us; and
    (2) deliver it to the Employer.

If you do not enroll within 31 days after becoming eligible, the following limitations will apply to a later enrollment:
    (1) you must submit Evidence of Insurability satisfactory to us;
    (2) you may not enroll until:
        (a) an Annual Enrollment Period; or
        (b) you have a Change in Family Status.

Any such enrollment must be made during the Annual Enrollment Period or within 31 days of the Change in Family Status.

The dates of the Annual Enrollment Period are shown in the Schedule of Insurance.

**What constitutes a Change in Family Status?**

A Change in Family Status means:

   (1) your marriage, or the birth or adoption of a child, or becoming the legal guardian of a child;

   (2) the death of or divorce from your spouse; or

   (3) the death of or emancipation of a child.

**What is Evidence of Insurability?**

If you are required to submit Evidence of Insurability, you must:

   (1) complete and sign a health and medical history form provided by us;

   (2) submit to a medical examination, if requested;

   (3) provide any additional information and attending physicians' statements that we may require; and

   (4) furnish all such evidence at your own expense. We will then determine if you are insurable under the plan.

## WHEN COVERAGE STARTS

**When does your coverage start?**

All coverage effective dates are subject to the Deferred Effective Date provision.

You are not required to contribute toward the cost of the Core Plan. Coverage under the Core Plan will start on the date you become eligible.

You are required to contribute toward the cost of the Buy-Up Plan. If you elect coverage under the Buy-Up Plan, you must:

   (1) complete and sign a group insurance enrollment form which is satisfactory to us; and

   (2) deliver it to the Employer.

If you do not enroll for the Buy Up Option within 31 days after first becoming eligible, you must submit Evidence of Good Health satisfactory to us.

Your coverage will start on the date determined below:

   (1) the date you become eligible, if you enroll or have enrolled by then;

   (2) the date on which you enroll, if you do so within 31 days after the date you are eligible; or

   (3) the date The Hartford approves your Evidence of Good Health.

   (4) the first day of the month following the Annual Enrollment Period if you enroll during an Annual Enrollment Period.

**What is Evidence of Insurability?**

If you are required to submit Evidence of Good Health, you must:

    (1) complete and sign a health and medical history form provided by us;

    (2) submit to a medical examination, if requested;

    (3) provide any additional information and attending physicians' statements that we may require; and

    (4) furnish all such evidence at your own expense. We will then determine if you are insurable under the plan.

## DEFERRED EFFECTIVE DATE

**When will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start?**

If you are absent from work due to:

    (1) accidental bodily injury;

    (2) sickness;

    (3) pregnancy;

    (4) mental illness; or

    (5) substance abuse,

on the date your insurance or increase in coverage would otherwise have become effective, your effective date will be deferred. Your insurance, or increase in coverage will not become effective until you are Actively at Work for one full day.

## CHANGES IN COVERAGE

**Can you change benefit options?**

You may change to an option providing increased or decreased benefits only:

    (1) during an Annual Enrollment Period; or

    (2) within 31 days of a Change in Family Status.

You may decrease coverage, or increase coverage to a higher option. An increase in coverage will be subject to your submission of Evidence of Insurability that meets our approval.

**When will a requested change in benefit options take effect?**

If you enroll for a change in benefit option during an Annual Enrollment Period, the change will take effect on the later of:

    (1) the first day of the month following the Annual Enrollment Period; or

    (2) the date we approve your Evidence of Insurability if you are required to submit Evidence of Insurability.

11

If you enroll for a change in benefit option within 31 days following a change in Family Status, the change will take effect on the later of:

    (1)  the date you enroll for the change; or

    (2)  the date we approve your Evidence of Insurability if you are required to submit Evidence of Insurability.

Any such increase in coverage is subject to the following limitations:

    (1)  the Deferred Effective Date Provision; and

    (2)  Pre-existing Conditions Limitations.

**Do coverage amounts change if there is a change in your class or your rate of pay?**

Your coverage may increase or decrease on the date there is a change in your class or Monthly Rate of Basic Earnings. However, no increase in coverage will be effective unless on that date you:

    (1)  are an Active Full-time Employee; and

    (2)  are not absent from work due to being Disabled.

If you were so absent from work, the effective date of such increase will be deferred until you are Actively at Work for one full day.

No change in your Rate of Basic Earnings will become effective until the date The Hartford receives notice of the change.

**What happens if the Employer changes the Plan?**

Any increase or decrease in coverage because of a change in the Schedule of Insurance will become effective on the date of the change, subject to the following limitations on an increase:

    (1)  the Deferred Effective Date provision; and

    (2)  Pre-existing Conditions Limitations.

## EXCLUSIONS

**What Disabilities are not covered?**

The plan does not cover, and no benefit shall be paid for any Disability:

    (1)  unless you are under the Regular Care of a Physician;

    (2)  that is caused or contributed to by war or act of war (declared or not);

    (3)  caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation; or

    (4)  caused or contributed to by an intentionally self-inflicted injury.

12

If you are receiving or are eligible for benefits for a Disability under a prior disability plan that:

    (1) was sponsored by the Employer; and
    (2) was terminated before the Effective Date of this plan,

no benefits will be payable for the Disability under this plan.

## PRE-EXISTING CONDITIONS LIMITATIONS

**Are there any other limitations on coverage?**

This provision applies only to employees hired on or after and who enroll on or after the Plan Effective Date.

No benefit will be payable under the Plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless such Disability begins after the last day of a period of 12 months during which you have been continuously insured under this Plan.

**Pre-existing Condition** means:

    (1) any accidental bodily injury, sickness, mental illness, pregnancy, or episode of substance abuse; or
    (2) any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, mental illness, pregnancy, or substance abuse;

for which you received Medical Care during the 6 month period that ends the day before:

    (1) your effective date of coverage; or
    (2) the effective date of a Change in Coverage.

**Medical Care** is received when:

    (1) a Physician is consulted or medical advice is given; or
    (2) treatment is recommended, prescribed by, or received from a Physician.

Treatment includes but is not limited to:

    (1) Medical examinations, tests, attendance or observation;
    (2) use of drugs, medicines, medical services, supplies or equipment.

13

## TERMINATION

**When does your coverage terminate?**

You will cease to be covered on the earliest to occur of the following dates:

    (1)  the date the Group Insurance Policy terminates;

    (2)  the date the Group Insurance Policy no longer insures your class;

    (3)  the date premium payment is due but not paid by the Employer;

    (4)  the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;

    (5)  the date you cease to be an Active Full-time Employee in an eligible class including:

        (a)  temporary layoff;

        (b)  leave of absence, including but not limited to leave for military service; or

        (c)  a general work stoppage (including a strike or lockout).

**Notice of Termination**

If your insurance will terminate because the group policy will terminate, the policyholder is required by the laws of the State of Connecticut to give you written notice of the termination at least 15 days before it happens. This requirement applies even if the terminating insurance will be replaced by other group insurance.

**Does your coverage continue if your employment terminates because you are Disabled?**

If you are Disabled and you cease to be an Active Full-time Employee, your insurance will be continued:

    (1)  during the Elimination Period while you remain Disabled by the same Disability; and

    (2)  after the Elimination Period for as long as you are entitled to benefits under the Policy.

**Must premiums be paid during a Disability?**

No premium will be due for you:

    (1)  after the Elimination Period; and

    (2)  for as long as benefits are payable.

14

**Do benefits continue if the plan terminates?**

If you are entitled to benefits while Disabled and the Group Insurance Policy terminates, benefits:

   (1) will continue as long as you remain Disabled by the same Disability; but

   (2) will not be provided beyond the date we would have ceased to pay benefits had the insurance remained in force.

Termination for any reason of the Group Insurance Policy will have no effect on The Hartford's liability under this provision.

**May coverage be continued during a family or medical leave?**

If you are granted a leave of absence according to the Family and Medical Leave Act of 1993, your Employer may continue your insurance for up to 12 weeks, or longer if required by state law, following the date your coverage would have terminated, subject to the following:

   (1) the leave authorization must be in writing;

   (2) the required premium for you must be paid;

   (3) your benefit level, or the amount of earnings upon which your benefit may be based, will be that in effect on the day before said leave commenced; and

   (4) such continuation will cease immediately if one of the following events should occur:

      (a) the leave terminates prior to the agreed upon date;

      (b) the termination of the Group Insurance Policy;

      (c) non-payment of premium when due by the Policyholder or you; or

      (d) the Group Insurance Policy no longer insures your class.

## DISABILITY BENEFITS

**When do benefits become payable?**

You will be paid a monthly benefit if:

   (1) you become Disabled while insured under this plan;

   (2) you are Disabled throughout the Elimination Period;

   (3) you remain Disabled beyond the Elimination Period;

   (4) you are, and have been during the Elimination Period, under the Regular Care of a Physician; and

   (5) you submit proof of loss satisfactory to The Hartford.

Benefits accrue as of the first day after the Elimination Period and are paid monthly.

**When will benefit payments cease?**

We will cease benefit payment on the first to occur of:

   (1) the date you are no longer Disabled;

   (2) the date you fail to furnish proof, when requested by us, that you continue to be Disabled;

   (3) the date you are no longer under the Regular Care of a Physician, or refuse to be examined by a Physician, if we require such an examination;

   (4) the date you die;

   (5) the date determined from the Maximum Duration of Benefits Table shown in the Schedule of Insurance; or

   (6) the date your Current Monthly Earnings exceed 80% of your Pre-disability Indexed Earnings.

## MENTAL ILLNESS AND SUBSTANCE ABUSE BENEFITS

**Are benefits limited for Mental Illness or substance abuse?**

If you are Disabled because of:

    (1) Mental Illness that results from any cause;

    (2) any condition that may result from Mental Illness;

    (3) alcoholism; or

    (4) the non-medical use of narcotics, sedatives, stimulants, hallucinogens, or any other such substance,

then, subject to all other Policy provisions, benefits will be payable:

    (1) only for so long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition; or

    (2) when you are not so confined, a total of 24 months for all such Disabilities during your lifetime.

**Mental Illness** means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations of psychological, behavioral or emotional disorders, but excluding demonstrable, structural brain damage.

## RECURRENT DISABILITY

**What happens if you return to work but become Disabled again?**

Attempts to return to work as an Active Full-time Employee during the Elimination Period will not interrupt the Elimination Period, subject to the following limitations:

    (1) for an Elimination Period of 180 or more days, up to 30 such return-days are allowed;

    (2) for an Elimination Period of less than 180 days, up to 5 such return-days are allowed for each 30 days of Elimination Period.

Any day you were Actively at Work will not count towards the Elimination Period.

After the Elimination Period, when a return to work as an Active Full-time Employee is followed by a recurrent Disability, and such Disability is:

    (1) due to the same cause; or

    (2) due to a related cause; and

    (3) within 6 month(s) of the return to work,

the Period of Disability prior to your return to work and the recurrent Disability will be considered one Period of Disability, provided the Group Insurance Policy remains in force.

16

If you return to work as an Active Full-time Employee for 6 month(s) or more, any recurrence of a Disability will be treated as a new Disability. A new Disability is subject to a new Elimination Period and a new Maximum Duration of Benefits.

The term "Period of Disability" as used in this provision means a continuous length of time during which you are Disabled under this plan.

The Elimination Period and Maximum Duration of Benefits Table are in the Schedule of Insurance.

## CALCULATION OF MONTHLY BENEFIT

**How are benefits calculated for Total Disability?**

If you are Disabled after the Elimination Period, your Monthly Benefits will be calculated as follows:

    (1)  Multiply your Monthly Rate of Basic Earnings by the Benefit Percentage Option shown in the Schedule of Insurance;

    (2)  Identify the Maximum Benefit shown in the Schedule of Insurance;

    (3)  Compare the amounts determined in items (1) and (2) above and from the lesser amount subtract all Other Income Benefits.

The result is your Monthly Benefit. Your Monthly Benefit, however, will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

**How is the benefit calculated for a period of less than a month?**

If a Monthly Benefit is payable for less than a month, The Hartford will pay 1/30 of the Monthly Benefit for each day you were Disabled.

## RESIDUAL DISABILITY BENEFIT

**How are benefits calculated for Residual Disability?**

If you are able to perform some but not all the essential duties of your or any occupation, and are Residually Disabled, the following calculation is used to determine your Monthly Benefit:

17