$$\text{Monthly Benefit} = ((A - B) / A) \times C$$

<u>Where</u>

**A** = Your Indexed Pre-disability Earnings.
**B** = Your Current Monthly Earnings.
**C** = The Monthly Benefit payable if you were Totally Disabled.

Your Monthly Benefit, however, will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

If you are participating in a program of Rehabilitative Employment approved by us, your Monthly Benefit will be determined by the Rehabilitative Employment Benefit.

## VOCATIONAL REHABILITATION/
## REHABILITATIVE EMPLOYMENT

**What Vocational Rehabilitative services are available?**
**Vocational Rehabilitation** means employment or services that prepare you, if Disabled, to resume gainful work. If you are Disabled, our Vocational Rehabilitative Services may help prepare you to resume gainful work.

Our Vocational Rehabilitative Services include, when appropriate, any necessary and feasible:

    (1) vocational testing;

    (2) vocational training;

    (3) work-place modification, to the extent not otherwise provided;

    (4) prosthesis; or

    (5) job placement.

**Rehabilitative Employment** means employment that is part of a program of Vocational Rehabilitation. Any program of Rehabilitative Employment must be approved, in writing, by us.

**Do earnings from Rehabilitative Employment affect the Monthly Benefit?**
If you are Disabled and are engaged in an approved program of Rehabilitative Employment, your Monthly Benefit will be:

    (1) the amount calculated for Total Disability; but

    (2) reduced by 50% of the income received from each month of such Rehabilitative Employment.

The sum of the resulting net Monthly Benefit and your total income received under Rehabilitative Employment may not exceed 100% of your Pre-disability Indexed Earnings. If it does, the Monthly Benefit will be reduced by the amount of excess.

## COST-OF-LIVING ADJUSTMENT

**How do benefits keep abreast of inflation?**

Your Monthly Benefit for Total Disability may increase in accordance with the Cost-of-Living formula described below. The Cost-of-Living Adjustment is made each year on January 1st. Your Monthly Benefit may increase under this formula provided you:

    (1) have been Totally Disabled for 12 consecutive months; and

    (2) are receiving benefits when the Cost-of-Living Adjustment is made.

**What is the Cost-of-Living Formula?**

To apply the Cost-of-Living Formula:

    (1) determine the lesser of:

        (a) 3%; or

        (b) 1/2 the percentage change in the Consumer Price Index;

    (2) multiply the resulting percentage (%) times the Monthly Benefit for Total Disability being received; and

    (3) add the resulting amount to your Monthly Benefit.

**How long will Cost-of-Living Adjustments continue?**

No Cost-of-Living Adjustment will be made after you cease to be Totally Disabled or you have received 5 adjustments.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31, and the prior year's CPI-W as of July 31, divided by the prior year's CPI-W.

19

## GENERAL PROVISIONS

**What happens if facts are misstated?**

If material facts about you were not stated accurately:

    (1) your premium may be adjusted; and

    (2) the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement made by you relating to your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during your lifetime. In order to be used, the statement must be in writing and signed by you.

**When should we be notified of a claim?**

You must give The Hartford written notice of a claim within 30 days after Disability starts. If notice cannot be given within that time, it must be given as soon as possible. Such notice must include your name, your address and the Group Insurance Policy number.

**Are special forms required to file a claim?**

When The Hartford receives a Notice of Claim, you will be sent forms for providing us with Proof of Loss. We will send these forms within 15 days after receiving a Notice of Claim. If we do not send the forms within 15 days, you may submit any other written proof which fully describes the nature and extent of your claim.

**When must proof of a Disability be given?**

Written proof of loss must be sent to The Hartford within 90 days after the start of the period for which The Hartford owes payment. After that, we may require further written proof that you are still Disabled. If proof is not given by the time it is due, it will not affect the claim if:

    (1) it was not possible to give proof within the required time; and

    (2) proof is given as soon as possible; but

    (3) not later than 1 year after it is due, unless you are not legally competent.

20

The Hartford has the right to require, as part of the proof of loss:

    (1) your signed statement identifying all Other Income Benefits; and

    (2) proof satisfactory to The Hartford that you and your dependents have duly applied for all Other Income Benefits which are available.

After submitting proof of loss, you will be required to apply for Social Security disability benefits. If the Social Security Administration denies your eligibility for any such benefits, you will be required to follow the process established by the Social Security Administration to reconsider the denial and, if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

The Hartford reserves the right to determine if your proof of loss is satisfactory.

You will not be required to claim any retirement benefits which you may only get on a reduced basis.

**What additional proof of Disability is The Hartford entitled to?**

The Hartford may have you examined to determine if you are Disabled. Any such examination will be:

    (1) at The Hartford's expense; and

    (2) as reasonably required by The Hartford.

**Who gets the benefit payments?**

All payments are payable to you. Any payments owed at your death may be paid to your estate. If any payment is owed to your estate, a person who is a minor or a person who is not legally competent, then The Hartford may pay up to $1,000 to any of your relatives who is entitled to it in the opinion of The Hartford. Any such payment shall fulfill The Hartford's responsibility for the amount paid.

**When are payment checks issued?**

If written Proof of Loss is furnished, accrued benefits will be paid at the end of each month that you are Disabled. If payment for a part of a month is due at the end of the claim, it will be paid as soon as written Proof of Loss is received.

**What notification will you receive if your claim is denied?**

If a claim for benefits is wholly or partly denied, you will be furnished with written notification of the decision. This written decision will:

    (1) give the specific reason(s) for the denial;

    (2) make specific reference to the Policy provisions on which the denial is based;

    (3) provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and

    (4) provide an explanation of the review procedure.

**What recourse do you have if your claim is denied?**

On any denied claim, you or your representative may appeal to The Hartford for a full and fair review. You may:

    (1) request a review upon written application within 60 days of the claim denial;

    (2) review pertinent documents; and

    (3) submit issues and documents in writing.

A decision will be made by The Hartford no more than 60 days after the receipt of the request, except in special circumstances (such as the need to hold a hearing), but in no case more than 120 days after the request for review is received. The written decision will include specific references to the Policy provisions on which the decision is based.

**When can legal action be started?**

Legal action cannot be taken against The Hartford:

    (1) sooner than 60 days after due Proof of Loss has been furnished; or

    (2) 3 years after the time written Proof of Loss is required to be furnished according to the terms of the Policy (5 years in Kansas; 6 years in South Carolina).

**What are The Hartford's subrogation rights?**

If an Insured Person:

    (1) suffers a Disability because of the act or omission of a Third Party; and

    (2) becomes entitled to and is paid benefits under the Group Insurance Policy in compensation for lost wages; and

    (3) does not initiate legal action for the recovery of such benefits from the Third Party in a reasonable period of time;

then The Hartford will be subrogated to any rights the Insured Person may have against the Third Party and may, at its option, bring legal action to recover any payments made by it in connection with the Disability.

22

**What happens if benefits are overpaid?**

We have the right to recover from you any amount that is determined to be an overpayment of benefits under this plan. Repayment to us must be made within 60 days of your receipt of our notice of the amount of the overpayment. If you do not repay the overpayment within the 60 day period, we may, without forfeiting our right to collect an overpayment through any means legally available to us, recover all or any portion of the overpayment by reducing or withholding future benefit payments, including, if applicable, the Minimum Monthly Benefit.

23

## ERISA

**The Following Important Notice
is Provided by Your Employer
for your Information Only.**

**Conforming Instrument**

For the purpose of meeting certain requirements of the Employee Retirement Income Security Act of 1974, the following information and the attached Claim Procedures and Statement of ERISA Rights are provided for use with your booklet-certificate to form the Summary Plan Description.

The benefits described in your booklet are provided under a group policy by the Insurance Company and are subject to the terms and conditions of that policy.

A copy of this policy is available for your review during normal working hours in the office of the Plan Administrator.

1. **Plan Name**

   HSB Group, Inc. Employees Disability Plan

2. **Plan Number**

   503

3. **Employer/Plan Sponsor**

   HSB Group, Inc.
   One State Street
   P.O. Box 5024
   Hartford, CT 06102-5024

24

4. **Employer Identification Number**
   06-0384680

5. **Type of Plan**
   Welfare Benefit Plan providing Group Long Term Disability Insurance Benefits.

6. **Plan Administrator**
   **Same as Employer/Plan Sponsor in Item 3.**

7. **Agent for Service of Legal Process**

For the Plan:

Plan Administrator c/o The Human Resource Department
The Hartford Steam Boiler Inspection and Insurance Co.
One State Street, P.O. Box 5024, Hartford, CT 06102-5024

For the Policy:

Hartford Life and Accident Insurance Company
200 Hopmeadow Street
Simsbury, CT 06089

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

25

8. **Sources of Contributions** – The Employer pays the premium for the insurance, but may allocate part of the cost to the employee.  The Employer determines the portion of the cost to be paid by the employee.

9. **Type of Administration** – The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group policy.

10. The Plan and its records are kept on a Policy Year basis.

11. **Labor Organizations**
None

12. **Names and Addresses of Trustees**
None

13. **Plan Amendment Procedure**

The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

HSB Group, Inc. also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

## Statement of ERISA Rights

You are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

(1) Examine, without charge, at the plan administrator's office and at other locations (work-sites and union halls), all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the plan with the U.S. Department of Labor, such as annual reports and plan descriptions.

(2) Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may make a reasonable charge for the copies.

(3) Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary financial report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason for the denial. You have the right to have the plan reviewed and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

27

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the U.S. Labor Management Services Administration, Department of Labor.

**Claim Procedures**

1. Claims for Benefits – An employee wishing to present a claim for benefits for himself or his insured dependents should obtain a claim form or forms from his Employer or Administrator. The applicable section of such form or forms should be completed by (1) Employee, (2) Employer or Administrator and (3) Attending Physician or Hospital.

   Following completion, the claim form or forms should be forwarded to the individual authorized to process and pay claims (Administrator or Insurance Company's Claim Representative). The individual authorized to process and pay the claims will compute benefits due, and will issue draft(s) in settlement. Unless the employee assigns benefits to a doctor or to a hospital, draft(s) will be made payable to the employee.

   A decision will be made by the Insurance Company no more than 90 days after receipt of due proof of loss, except in special circumstances (such as the need to obtain further information), but in no case more than 180 days after the due proof of loss is received. The written decision will include specific reasons for the decision and specific references to the plan provisions on which the decision is based.

2. Appealing Denial of Claims – If a claim for benefits is wholly or partially denied, notice of the decision shall be furnished to the employee. This written decision will:

(a) give the specific reason or reasons for denial;

(b) make specific reference to policy provisions on which the denial is based;

(c) provide a description of any additional information necessary to prepare the claim and an explanation of why it is necessary; and

(d) provide an explanation of the review procedure.

On any denied claim an employee or his representative may appeal to the Insurance Company for a full and fair review. The claimant may:

(a) request a review upon written application within 60 days of receipt of claim denial;

(b) review pertinent documents; and

(c) submit issues and comments in writing.

A decision will be made by the Insurance Company no more than 60 days after receipt of the request for review, except in special circumstances (such as the need to hold a hearing), but in no case more than 120 days after the request for review is received. The written decision will include specific reasons for the decision and specific references to the plan provisions on which the decision is based.

29

The Plan Described in this Booklet
is Insured by the

## Hartford Life and Accident Insurance Company
Hartford, Connecticut

Member of The Hartford Insurance Group



THE
HARTFORD

Form BC-208185(GLT)

Printed in U.S.A.    6-'98

## ADMINISTRATIVE COMMITTEE MEETING – AUGUST 16, 2000

A meeting of the Administrative Committee was held on August 16, 2000, at 1:30 p.m. in the Green Conference Room. Present were K. Price, S. Ahrens, J. Cohn (by phone) J. Rowan, J. Lussier, and B. Kerber. Also present was C. Lyons, attending for R. O'Brien.

The Committee met to vote on the appeal of the Short Term Disability claim that was discussed at the meeting on July 26, 2000. Jody Lussier distributed copies of the Employees' Disability Plan and then updated the Members on an issue raised at the last meeting. After a brief discussion, the Committee voted unanimously to rescind the denial of the claim and to grant Short Term Disability beginning February 16, 1999.

The meeting adjourned at 1:55 p.m.

*Betty Kerber*

Betty Kerber
Secretary



0067

Cindy's print :-)

| Merily B Tine | 07/14/2000 09:37 PM |

To:     Cindy M Bridges/HLIFE@HARTFORD_LIFE
cc:

Subject:  ENDORSEMENTS

Hi Cindy - Hope you had a nice weekend.

The attached message is from my client at HSB Group, Inc.  It is fairly self explanatory.  Please see if you can gather up what she is looking for and I'll go through it with you before you send it out.

Thanks - let me know if you have any questions.

Merily
---------------------- Forwarded by Merily B Tine/HLIFE on 07/14/2000 09:35 PM --------------------------

   "Jodi Lussier" <Jodi_Lussier@hsb.com> on 07/14/2000 04:18:00 PM

To:     Merily B Tine/HLIFE
cc:

Subject  ENDORSEMENTS

Hi Merily!

Long time - no talk. Hope all is well with you.

I need a favor. Could you send me a copy of each of the endorsements that apply to our LTD policy? I have some, but not all of them and I want to make sure I have at least one complete set.

Also, if you could send (not fax) a clean copy of the pages that precede the booklet ("Policy of Incorporation"), that would be helpful as well. I only have a fax copy, and need one that is clean.

Thanks, as always, for your help. If I could have the information above by the end of next week, it would be most appreciated.

Thanks, and please call with any questions.

Have a great weekend!
Jodi

EXHIBIT
_DH_  23 cm
DAH 9/30/03



## THE HARTFORD

July 26, 2000

Jodi Lussier
HSB Group, Inc.
One State Street
PO Box 5024
Hartford, CT   06102-5024

RE:  Policy of Incorporation & Endorsements

Dear Jodi:

Per your request, enclosed please find a clean copy of the Policy of Incorporation for HSB Group, Inc.
along with the corresponding Endorsements.  I apologize for the delay in getting these out to you.

Should you have any questions, please don't hesitate to contact me at (800) 243-6185 ext. 3028.

Best regards,

*Cindy Bridges*

Cindy Bridges
Sales Support Associate

cmb
Encl.



Hartford Regional Office
55 Farmington Avenue
Hartford, CT 06105
Telephone 860 520 1600
Toll Free 1 800 243 6185

Mailing Address: P.O. Box 2908
Hartford, CT 06104



THE
HARTFORD

mailed
3/23/99

March 22, 1999

HSB Group, Inc.
One State Street, P.O. Box 5024
Hartford, CT 06102-5024

RE: Amendment to Policy Number GLT-208185 ("the Policy")

Dear Policyholder:

During a recent examination of the Policy, it was discovered that certain critical ERISA language was inadvertently omitted from the Policy's booklet-certificate the problem and all certificates issued after September 1998 do contain this language.

Since certificates issued to your employees prior to the September 1998 date do not contain this very important language, we would appreciate your assistance in helping us ensure that all of your employees' certificates are consistent and that there is no disparity in policy language.  In this regard, please find enclosed a supply of endorsements amending all booklet-certificates issued prior to September 1998 to include the previously omitted language. We would very much appreciate it if you would distribute these endorsements to your employees immediately.

In addition, we are enclosing a rider to the Policy indicating that the above referenced endorsement to the booklet-certificate has been made. You should keep the rider and one of the endorsements with the Policy for your records.

Your assistance and cooperation in this matter is greatly appreciated.

Sincerely,

Sue Adamowicz
Assistant Director
Customer Services

EXHIBIT
PIf  25 (20)
DEf  9/30/03

200 Hopmeadow Street
Simsbury, CT 06089
860 525 8555

Mailing Address: P.O. Box 2999
Hartford, CT 06104-2999

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
Endorsement

Policyholder: **HSB Group, Inc.**

Group Policy No.: **GLT-208185**

Effective Date: **January 1, 1998**

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

It is understood and agreed that the booklet-certificate is amended to include the following provisions:

**Who Interprets Policy Terms and Conditions?**

The Hartford has full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

GR-2025(496)A-HLA-DISC

3-'99

July 29, 2002

To Whom It May Concern:

I certify that this is a true, correct and complete copy of group policy
GLT-208185, issued by Hartford Life and Accident Insurance Company to
HSB GROUP, INC., and that this policy reflects the provisions in effect on
February 17, 1999.

Christopher Matz
Director, Client Administration Services

**EXHIBIT**

Name of Policyholder:  HSB GROUP, INC.

| Policy Numbers: | Effective Date: | Place of Delivery: |
|---|---|---|
| GLT-208185 | January 1, 1998 | Connecticut |

| Anniversary Dates: | | Premium Due Dates: |
|---|---|---|
| January 1 of each year, beginning in 1999. | | Monthly, on the first day of each policy month. |

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford Plaza, Hartford, Connecticut 06115

(A stock insurance company, herein called The Hartford)

Agrees with the Policyholder to insure certain persons who are entitled to the insurance provided by this policy.

Tl    policy is issued in consideration of the application of the Policyholder, and the payment of the first premium.

The first premium is due and payable on the effective date of the policy.  Subject to the policy's grace period provision, all premiums after the first must be paid when or before they are due.

Signed for The Hartford:

*Lynda Godkin*
Lynda Godkin, *Secretary*

*Lowndes A. Smith, President*

Countersigned by.................................
Licensed Resident Agent

Table of Contents

| | |
|---|---|
| Agreement to Insure | 1 |
| Participant Employers | 2 |
| Incorporation Provision | 3 |
| Plan/Schedule of Insurance | 3.1 |
| Premiums | 4 |
| Policy Provisions | 7 |

GR-11383-HLA(1)
PI-1.00

## PARTICIPANT EMPLOYERS

An employer may be included as a Participant Employer if the Policyholder and T' Hartford so agree.

The Hartford will keep a list of accepted Participant Employers and the effecti· efdabterage for each.

The Policyholder may act for or on behalf of all Participant Employers in all ma therpoÒfcy.  The following will be binding on all Participant Employers:

(1) all agreements between The Hartford and the Policyholder;
(2) all notices from The Hartford to the Policyholder; and
(3) all notices from the Policyholder to The Hartford.

An employee of a Participant Employer will be deemed to be an employee of the Policyholder for insurance purposes.

Coverage for a Participant Employer will terminate on the first to occur of:

(1) the date his premium is due, but not paid; or
(2) the date on which the Policyholder wants the employer to be removed from the    policy.  Such date must be stated in a written notice to The Hartford, a nd must be after the date of the notice.

GR-11383-HLA(2)
PI-2.00

## INCORPORATION PROVISION

### Booklet-Certificate

The Booklet-certificate(s), and the endorsement form(s) enclosed therein, attached to this Policy are hereby incorporated in, and made a part of, this policy.

Booklet-certificate Form:
BC-208185 (GLT)

Endorsement Form:
GR-2025(496)A-HLA 208185 (GLT) (A)
GR-2025(496)A-HLA 208185 (GLT) NC
GR-2025(496)A-HLA 208185 (GLT) AK
GR-2025(496)A-HLA 208185 (GLT) CA
GR-2025(496)A-HLA 208185 (GLT) MO
GR-2025(496)A-HLA 208185 (GLT) NH
GR-2025(496)A-HLA 208185 (GLT) NJ
GR-2025(496)A-HLA 208185 (GLT) NY
GR-2025(496)A-HLA 208185 (GLT) OK
GR-2025(496)A-HLA 208185 (GLT) PA
GR-2025(496)A-HLA 208185 (GLT) VT
GR-2025(496)A-HLA 208185 (GLT) VA
GR-2025(496)A-HLA 208185 (GLT) WI
GR-2025(496)A-HLA 208185 (GLT) MA
GR-2025(496)A-HLA-DISC

The terms found in the Booklet-certificate(s) will control:

(1) the benefit plan provisions, amounts and maximum limits;
(2) applicable coinsurance percentage(s);
(3) the eligibility and effective date of insurance rules;
(4) the termination of insurance rules;
(5) exclusions; and
(6) other general policy provisions pertaining to state insurance law requirements.

GR-11383-HLA(3)                    Rev. Eff. 1/1/98                    PI-3.19

PLAN/SCHEDULE OF INSURANCE

Plan/Schedule of Insurance

The Plan(s)/Schedule(s) of Insurance for Group Insurance Policy(ies) GLT-208185 listed below:

   o Group Long Term Disability.

are shown in booklet-certificate(s) BC-208185(GLT).

The Plan(s)/Schedule(s) of Insurance will control the:

   (1) benefit amounts and maximum limits;
   (2) applicable coinsurance percentages;
   (3) eligibility and effective date rules; and
   (4) other schedule amounts and limits,

which apply to the employees of the Participant Employer.

GR-11383-HLA(3.1)
PI-3.21

## PREMIUMS

Initial Monthly Premium Rates
The initial monthly premium rates to be charged for Insured Persons
Coverage and/or Dependents Coverage will be:

Core Plan                              $.52 per $100 of Insured Payroll

Buy-Up Plan                            the rate for each $100 of Insured
                                       Payroll shall be in accordance with the
                                       Insured Person's age as follows:

    Less than age 35.....................................................
    35 years of age but less than 40 years of age..........$ .36
    40 years of age but less than 45 years of age..........$ .47
    45 years of age but less than 50 years of age..........$ .86
    50 years of age but less than 55 years of age..........$1.11
    55 years of age but less than 60 years of age..........$1.35
    60 years of age and over.............................$1.61
                                                          $1.86

For Long Term Disability Benefits, the amount of an Insured Person's
Earnings which is disregarded in determining his Monthly Benefit
because of the Maximum Monthly Benefit limitation will also be
disregarded in determining the amount of the total Insured Payroll.

The Initial Monthly Premium Rates may be converted as follows:

To Convert Rates to:            Use a Conversion Factor of:
    -- annual rates
    -- semi-annual rates                        11.8227
    -- quarterly rates                           5.9557
                                                 2.9852

GR-11383-HLA(4)
PI-4.04

PREMIUMS
(Continued)

Change in Monthly Premium Rates
Initial Monthly Premium rates are guaranteed as follows:

<u>Long Term Disability Benefits</u>  24 months

Subject to the Rate Guarantee period shown above, The Hartford has the
right to change premium rates 'on any premium due date if:
    (1) written notice is delivered to the Policyholder's last address on record
;       and
    (2) the change is effective at least 31 days after the date of notice.

The rate guarantee described above (the "Rate Guarantee") supersedes
only those provisions appearing elsewhere in this policy which give The
Hartford the right to change the premium rates, and then, only for the
period of time stated for the Rate Guarantee. However, The Hartford may
change the premium rates during the Rate Guarantee period if there is a
change in the policy, or if there is a 10% increase or decrease in the
number of Insured Persons, or if the Policyholder adds or deletes a
subsidiary or affiliated business entity. The Hartford may also change
the premium rates during the Guarantee Period if there has been a
material misstatement in the reported experience during the pre-sale
process. The Rate Guarantee in no way affects, amends or supersedes any
other provision in this policy.

Calculation
Premiums may be calculated by multiplying the rate times the applicable
number of units of coverage.

GR-11383-HLA(5) Rev.
PI-5.17

If any insurance is added, increased or becomes effective after the policy is in force, the premium charges will begin on:

(1) the day the coverage is effective, if it is also the first day of a policy month; or if not

(2) the first day of the next policy month.

For insurance which is terminated, premium charges will stop as of the first day of the next policy month.

Premiums may be calculated by any other method which both The Hartford and the Policyholder agree to in writing.

Part 2

GR-11383-HLA(5) Rev.
PI-5.17

## PREMIUMS
(Continued)

**Premium Payments**
Premium payments:

    (1) are due and payable in full to a place designated by The Hartford; or

    (2) with respect to the initial premium payment, premium payments may be made to an authorized agent of The Hartford.

Payment of premiums for a period before it is due will not guarantee the insurance for that period.

**Experience Rating**
If the policy is experience rated, any credit amount due the Policyholder will be allowed him on the Policy Anniversary Date and, at the Policyholder's request, will be:

    (1) paid to him in cash;

    (2) used to reduce his premiums; or

    (3) used to provide additional insurance for Covered Persons.

Any credit amount shall be determined by the rating plan or plans used by the Hartford.

GR-11383-HLA(6)

PI-6.00

## POLICY PROVISIONS

**Entire Contract**
The contract between the parties consists of:
    (1) the policy; and
    (2) the applications, if any, of each Insured Person.

All statements made by the Policyholder, Participant Employers, and persons insured under the policy are true and complete to the best of the knowledge and belief of the person(s) making them. No statement will be used in any contest unless it is in writing and a copy of it is given to the person who made it, or to his beneficiary.

**Incontestability**
Except for non-payment of premium, the insurance provided by the policy cannot be contested after such insurance has been in effect for a period of 2 years.

**Change in The Policy**
No change may be made unless approved in writing by the President; or a Vice President; an Assistant Vice President; a Secretary; or an Assistant Secretary of The Hartford. No other person may change or waive any part of the policy. Any approved change shall be added to the policy in writing.

If any change to state or federal law, including but not limited to the Federal Social Security Act, affects The Hartford's liability under the policy, The Hartford may change the policy, the premiums or both. Such change:
    (1) will be effective as of the date of the change to the state or federal law;
    (2) will not be made until The Hartford gives the Policyholder 31 days notice.

**Right to Amend**
Notwithstanding the above, after the policy has been in force for 12 months, The Hartford may change any or all of the policy's provisions by notifying the Policyholder. The Hartford must give the Policyholder at least 31 days advance written notice of any change.

**Grace Period**
The Hartford will allow the Policyholder a 31 day grace period for the payment of all premiums after the first. During this 31 day period, the policy will stay in force. If the owed premium is not paid by the 31st day, the policy will automatically terminate. If the Policyholder gives The Hartford written advance notice of an earlier cancellation date, the policy will terminate on the earlier date. Premium is due for each day the policy is in force.

GR-11383-HLA(7) Rev.

PI-7.11

## Termination of Policy

The Hartford may terminate the policy for the following reasons by giving the Policyholder 31 days written notice:

* The Policyholder fails to furnish any information which The Hartford may reasonably require;
* The Policyholder fails to perform any of his other obligations pertaining to this policy;
* Less than 100% of the persons eligible for coverage on a Non-contributory Basis are insured; or
* Less than 75% of the persons eligible for coverage on a Contributory Basis are insured.
* Fewer than 10 persons are insured.

In addition, The Hartford may terminate this policy on any premium due date after the policy has been in force for 12 months.