POLICY PROVISIONS
(Continued)

## Certificate

The Hartford will give the Policyholder an individual Booklet-Certificate for each insured Employee. The Booklet-Certificate will explain the important features of the policy.

## Data To Be Furnished

The Policyholder will give The Hartford all information The Hartford needs regarding matters pertaining to the insurance.

At any reasonable time:
- (1) while the policy is in force; and
  (2) for 1 year after that,

The Hartford may inspect any of the Policyholder's documents, books, or records which may affect the insurance or premiums of this policy.

If the Policyholder gives The Hartford any incorrect information, the relevant facts will be determined to establish if insurance is in effect and in what amount.

No person will:

(1) be deprived of insurance to which he is otherwise entitled; or
(2) have insurance to which he is not entitled,

because of any misstatement of fact by the Policyholder. Any required adjustment may be made in premiums or benefits.

## No Replacement for Workers' Compensation

The policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

## Time Period

All periods begin and end at 12:01 A.M., standard time, at the Policyholder's address.

## Jurisdiction

This policy is governed by the laws of the state where it is delivered.

GR-11383-HLA(8)

PI-8.00

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### Hartford, Connecticut
### Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provisions are applicable to residents of North Carolina and are included to bring your Booklet-certificate into conformity with North Carolina state law.

### 1. Other Income Benefits Definition

The following replaces the first two paragraphs of the same definition appearing in the Definitions section of your Booklet-certificate.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible or that are paid to you, your family or to a third party on your behalf, pursuant to any:

(1) temporary or permanent disability benefits under a Workers' Compensation Law, occupational disease law, or similar law;

(2) governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;

(3) plan or arrangement of coverage, whether insured or not, as a result of employment by or association with the Employer or as a result of membership in or association with any group, association, union or other organization;

---

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

*Lynda Godkin*

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

GR-2025(496)A-HLA 208185(GLT)

NC

1

5-'98

**When must proof of a Disability be given?**

Written proof of loss must be sent to The Hartford within 90 days after the start of the period for which The Hartford owes payment. After that, we may require further written proof that you are still Disabled. If proof is not given by the time it is due, it will not affect the claim if:

    (1) it was not possible to give proof within the required time; and

    (2) proof is given as soon as possible; but

    (3) not later than 1 year after it is due, unless you are not legally competent.

The Hartford has the right to require, as part of the proof of loss:

    (1) your signed statement identifying all Other Income Benefits; and

    (2) proof satisfactory to The Hartford that you and your dependents have duly applied for all Other Income Benefits which are available.

After submitting proof of loss, you will be required to apply for Social Security disability benefits when the duration of Total Disability meets the minimum duration required to qualify for such benefits.  If the Social Security Administration denies your eligibility for any such benefits, you will be required to follow the process established by the Social Security Administration to reconsider the denial and, if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

The Hartford reserves the right to determine if your proof of loss is satisfactory.

You will not be required to claim any retirement benefits which you may only get on a reduced basis.

**4.  Subrogation**

The provision entitled "What are The Hartford's subrogation rights" appearing in the General Provisions section of your Booklet-certificate does not apply to you.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Hartford, Connecticut**
**Endorsement**

Policyholder: HSB GROUP, INC.

Group Policy No.: GLT-208185

Effective Date: January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Arkansas and is included to bring your Booklet-certificate into conformity with Arkansas state law.

**Insurer Information Notice**

Any questions regarding the plan may be directed to The Hartford Insurance Group Sales Office indicated below:

The Hartford
55 Farmington Avenue, 12th Floor
Hartford, Connecticut 06104

Telephone: 1-800-243-6185

If the question is not resolved, you may contact the Arkansas Insurance Department:

Arkansas Insurance Department
Consumer Services Division
1200 West third Street
Little Rock, Arkansas 72201-1904

Telephone: 1-800-852-5494

This notice is for information only and does not become a condition of the plan.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

AK

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
**Hartford, Connecticut**
**Endorsement**

Policyholder: HSB GROUP, INC.

Group Policy No.: GLT-208185

Effective Date: January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of New Hampshire and is included to bring your Booklet-certificate into conformity with New Hampshire state law.

**Where to Call For Information Regarding a Claim**

If you have a question regarding a claim, you or the policyholder may call The Hartford at 1-800-752-9713. When calling, please give us the following information:

    (1)  the policy number; and

    (2)  the name of the policyholder (employer or organization), as shown in this certificate.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

NH

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
### Hartford, Connecticut
### Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Oklahoma and is included to bring your Booklet-certificate into conformity with Oklahoma state law.

**Fraud Warning**

**WARNING:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of insurance fraud.

---

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

# HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
## Hartford, Connecticut
### Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Vermont and is included to bring your Booklet-certificate into conformity with Vermont state law.

## Where To Call With Claim Questions

If you have a question about a claim, you may call The Hartford at the following toll-free telephone number: 1-800-531-5855

When calling, please provide the following information:

(1) The policy number; and

(2) The name of the policyholder (employer or organization), as shown in this Booklet-certificate's Schedule of Insurance.

---

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

VT

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

Policyholder: HSB GROUP, INC.

Group Policy No.: GLT-208185

Effective Date: January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Wisconsin and is included to bring your Booklet-certificate into conformity with Wisconsin state law.

**Subrogation**

The following provision replaces the provision of the same title appearing in the General Provisions section of your Booklet-certificate.

**What are The Hartford's subrogation rights?**
If an Insured Person:

    (1) suffers a Disability because of the act or omission of a Third Party;

    (2) becomes entitled to and is paid benefits under the Group Insurance Policy in compensation for lost wages; and

    (3) does not initiate legal action for the recovery of such benefits from the Third Party in a reasonable period of time;

then The Hartford will be subrogated to any rights the Insured Person may have against the Third Party and may, at its option, bring legal action to recover any payments made by it in connection with the Disability. Such right may be exercised only if the Insured Person has been, or will be, fully compensated for the lost wages.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin*

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

WI

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

Policyholder: HSB GROUP, INC.

Group Policy No.: GLT-208185

Effective Date: January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Pennsylvania and is included to bring your Booklet-certificate into conformity with Pennsylvania state law.

**Other Income Benefits Definition Amended**

The item in the first paragraph of the definition of Other Income Benefits which reads we will offset with a "no-fault" automobile insurance plan does not apply to you.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin*
Lynda Godkin, *Secretary*

*Lowndes A. Smith*
Lowndes A. Smith, *President*

PA

GR-2025(496)A-HLA 208185 (GLT)                                    4-'98

### Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of New York and is included to bring your Booklet-certificate into conformity with New York state law.

### Pre-existing Conditions Limitations

The following Pre-existing Conditions Limitations paragraphs replace similar paragraphs appearing in your booklet.

**Are there any other limitations on coverage?**
No benefit will be payable under this plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless the Disability begins:

    (1) after the last day of 365 consecutive days while Insured during which you receive no medical care for the Pre-existing Condition; or

    (2) after the last day of 365 consecutive days during which you have been continuously insured under this plan.

However, if you become insured under the Group Insurance Policy and were covered under a group or blanket disability insurance plan or employer-provided disability benefit arrangement within 60 days of your effective date of coverage under this plan, any:

    (1) treatment-free period requirements; or

    (2) period of coverage requirements,

which were satisfied or partially satisfied under your previous coverage will be credited toward satisfaction of similar periods under this plan.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin,* Secretary               Lowndes A. Smith, *President*

NY

GR-2025(496)A-HLA 208185(GLT)                           4-'98

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of New York and is included to bring your Booklet-certificate into conformity with New York state law.

**Pre-existing Conditions Limitations**

The following Pre-existing Conditions Limitations paragraphs replace similar paragraphs appearing in your booklet.

**Are there any other limitations on coverage?**
No benefit will be payable under this plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless the Disability begins:

    (1) after the last day of 365 consecutive days while Insured during which you receive no medical care for the Pre-existing Condition; or

    (2) after the last day of 365 consecutive days during which you have been continuously insured under this plan.

However, if you become insured under the Group Insurance Policy and were covered under a group or blanket disability insurance plan or employer-provided disability benefit arrangement within 60 days of your effective date of coverage under this plan, any:

    (1) treatment-free period requirements; or

    (2) period of coverage requirements,

which were satisfied or partially satisfied under your previous coverage will be credited toward satisfaction of similar periods under this plan.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin,* Secretary        Lowndes A. Smith, *President*

NY

GR-2025(496)A-HLA 208185(GLT)        4-'98

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of New York and is included to bring your Booklet-certificate into conformity with New York state law.

### Pre-existing Conditions Limitations

The following Pre-existing Conditions Limitations paragraphs replace similar paragraphs appearing in your booklet.

**Are there any other limitations on coverage?**
No benefit will be payable under this plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless the Disability begins:

> (1) after the last day of 365 consecutive days while Insured during which you receive no medical care for the Pre-existing Condition; or

> (2) after the last day of 365 consecutive days during which you have been continuously insured under this plan.

However, if you become insured under the Group Insurance Policy and were covered under a group or blanket disability insurance plan or employer-provided disability benefit arrangement within 60 days of your effective date of coverage under this plan, any:

> (1) treatment-free period requirements; or

> (2) period of coverage requirements,

which were satisfied or partially satisfied under your previous coverage will be credited toward satisfaction of similar periods under this plan.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Lynda Godkin, *Secretary*          Lowndes A. Smith, *President*

NY

GR-2025(496)A-HLA 208185(GLT)                    4-'98

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of New York and is included to bring your Booklet-certificate into conformity with New York state law.

**Pre-existing Conditions Limitations**

The following Pre-existing Conditions Limitations paragraphs replace similar paragraphs appearing in your booklet.

**Are there any other limitations on coverage?**
No benefit will be payable under this plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless the Disability begins:

(1) after the last day of 365 consecutive days while Insured during which you receive no medical care for the Pre-existing Condition; or

(2) after the last day of 365 consecutive days during which you have been continuously insured under this plan.

However, if you become insured under the Group Insurance Policy and were covered under a group or blanket disability insurance plan or employer-provided disability benefit arrangement within 60 days of your effective date of coverage under this plan, any:

(1) treatment-free period requirements; or

(2) period of coverage requirements,

which were satisfied or partially satisfied under your previous coverage will be credited toward satisfaction of similar periods under this plan.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin*

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

NY

GR-2025(496)A-HLA 208185(GLT)                    4-'98

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

Policyholder: HSB GROUP, INC.

**Group Policy No.: GLT-208185**

**Effective Date: January 1, 1998**

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Massachusetts and is included to bring your Booklet-certificate into conformity with Massachusetts state law.

**Continuation**

The following is added to the Termination section of your booklet.

**Does your coverage continue if your employment terminates or you cease to be a member of an eligible class?**

If your insurance terminates because your employment terminates or you cease to be a member of an eligible class, your insurance will automatically be continued until the end of a 31 day period from the date your insurance terminates or the date you become eligible for similar benefits under another group plan, whichever occurs first.

If your insurance terminates because your employment is terminated as a result of a plant closing or covered partial closing, your insurance may be continued. You must elect in writing to continue insurance and pay the required premium for continued coverage. Coverage will cease on the earliest to occur of the following dates:

(1) 90 days from the date you were no longer eligible for coverage as an Active Full-time Employee;
(2) the date you become eligible for similar benefits under another group plan;
(3) the last day of the period for which required premium is made;
(4) the date the Group Insurance Policy terminates;
(5) the date your Employer ceases to be a Participant Employer, if applicable.

Continued coverage is subject to all other applicable terms and conditions of the policy.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin, Secretary*

*Lowndes A. Smith, President*

MA

GR-2025(496)A-HLA 208185(GLT)

4-'98

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Virginia and is included to bring your Booklet-certificate into conformity with Virginia state law.

**Subrogation**

The provision entitled "What are The Hartford's subrogation rights" appearing in the General Provisions section of your Booklet-certificate does not apply to you.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Lynda Godkin, *Secretary*                    Lowndes A. Smith, *President*

VA

GR-2025(496)A-HLA 208185(GLT)                                        4-'98

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
Endorsement

Policyholder: HSB GROUP, INC.

Group Policy No.: GLT-208185

Effective Date: January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of Missouri and is included to bring this booklet certificate into conformity with Missouri state law.

### Subrogation

The provision entitled "What are The Hartford's subrogation rights" appearing in the General Provisions section of your Booklet-certificate does not apply to you.

---

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

*Lynda Godkin*
Lynda Godkin, *Secretary*

*Lowndes A. Smith*
Lowndes A. Smith, *President*

MO

GR-2025(496)A-HLA 208185(GLT)                                    4-'98

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of New Jersey and is included to bring your Booklet-certificate into conformity with New Jersey state law.

**Subrogation**

The provision entitled "What are The Hartford's subrogation rights" appearing in the General Provisions section of your Booklet-certificate does not apply to you.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin*

Lynda Godkin, *Secretary*

*Lowndes A. Smith*

Lowndes A. Smith, *President*

NJ

GR-2025(496)A-HLA 208185(GLT)

5-'98

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
Endorsement

**Policyholder:** HSB GROUP, INC.

**Group Policy No.:** GLT-208185

**Effective Date:** January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

The following provision is applicable to residents of California and is included to bring your Booklet-certificate into conformity with California state law.

**Is there a state law requiring coverage be continued during a family care or medical leave of absence?**

You may be entitled to continue your coverage for up to 12 weeks during any 12 month period if you are absent from Active Full-time work due to a family care or medical leave of absence under the provisions of the California Family Care and Medical Leave Act. During such period, your coverage may be continued according to a plan established by your employer. Please contact your employer for further information on your right to continued coverage during a family care or medical leave of absence.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin*

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

CA

GR-2025(496)A-HLA 208185(GLT)

5-98

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
Endorsement

Policyholder:  HSB Group, Inc.

Group Policy No.:  GLT-208185

Effective Date:  January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

It is understood and agreed that the booklet-certificate is amended to include the following provisions:

## Who Interprets Policy Terms and Conditions?

The Hartford has full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

---

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

GR-2025(496)A-HLA-DISC                                                 3-'99

# GROUP LONG TERM DISABILITY INSURANCE
## TABLE OF CONTENTS

|  | PAGE |
|---|---|
| Certificate of Insurance |  |
| Schedule of Insurance | 2 |
| Definitions | 3 |
| Eligibility and Enrollment | 4 |
| When Coverage Starts | 9 |
| Changes in Coverage | 10 |
| Exclusions | 11 |
| Pre-existing Conditions Limitations | 12 |
| Termination | 13 |
| Disability Benefits | 14 |
| General Provisions | 15 |
| ERISA | 20 |
|  | 24 |

1

PS-M-90

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Hartford, Connecticut
(Herein called The Hartford)

**CERTIFICATE OF INSURANCE**
Under
**The Group Insurance Policy**
**as of the Effective Date**
Issued by
**THE HARTFORD**
to
**The Policyholder**

This is to certify that The Hartford has issued and delivered the Group Insurance Policy to The Policyholder.

The Group Insurance Policy insures the employees of the Policyholder who:
- are eligible for the insurance;
- become insured; and
- continue to be insured;

according to the terms of the Policy.

The terms of the Group Insurance Policy which affect an employee's insurance are contained in the following pages.

This Certificate of Insurance and the following pages will become your Booklet-certificate. The Booklet-certificate is a part of the Group Insurance Policy.

This Booklet-certificate replaces any other which The Hartford may have issued to the Policyholder to give to you under the Group Insurance Policy specified herein.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

*Lynda Godkin*

Lynda Godkin, *Secretary*

*Lowndes A. Smith*

Lowndes A. Smith, *President*

Z-LTD(C001)

2

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with The Hartford at its home office.

| | |
|---|---|
| Policyholder: | HSB Group, Inc. |
| Group Insurance Policy: | GLT-208185 |
| Plan Effective Date: | January 1, 1998 |

This plan of Long Term Disability Insurance provides you with income protection if you become disabled from a covered accidental bodily injury, sickness or pregnancy.

With respect to Option 1, you do not contribute towards the plan's cost. With respect to Option 2, you must contribute towards the plan's cost.

| | |
|---|---|
| Eligible Class: | All Active Full-time Employees. |
| Full-time Employment: | 17.5 hours weekly. |
| Maximum Monthly Benefit: | $20,000 |

The **Minimum Monthly Benefit** will be $100.

Benefit Percentage:
| | |
|---|---|
| Option 1 | 60% |
| Option 2 | 70% |

**THE OPTION YOU ELECT MUST BE INDICATED ON YOUR GROUP INSURANCE ENROLLMENT FORM.**

| | |
|---|---|
| Annual Enrollment Period: | During the last quarter of each Calendar Year as designated by your Employer. |

The **Eligibility Waiting Period** is the length of service during which you must be an Active Full-time Employee in a class eligible for insurance before you become eligible for coverage.  It is as follows:

    (1) If you are working for the Employer on the Plan Effective Date - You will have completed the Eligibility Waiting Period on your first day of service in the Eligible Class.

    (2) If you start working for the Employer after the Plan Effective Date - You will have completed the Eligibility Waiting Period on the first day of service in the Eligible Class.

**The Elimination Period** is the period of time you must be Disabled before benefits become payable. It is the last to be satisfied of the following:

(1) the first 180 consecutive days of any one period of Disability; or

(2) with the exception of benefits required by state law, the expiration of any Employer sponsored short term disability benefits or salary continuation program.

### MAXIMUM DURATION OF BENEFITS TABLE

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 62 | To Age 65, or for 48 months, if greater |
| Age 62 | 48 months |
| Age 63 | 42 months |
| Age 64 | 36 months |
| Age 65 | 30 months |
| Age 66 | 27 months |
| Age 67 | 24 months |
| Age 68 | 21 months |
| Age 69 and over | 15 months |

The above table shows the maximum duration for which benefits may be paid. All other limitations of the plan will apply.

### DEFINITIONS

The terms listed will have these meanings.

**Actively at Work**

You will be considered to be actively at work with your Employer on a day which is one of your Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a full time basis on that day. You will be deemed to be actively at work on a day which is not one of your Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

4