**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. The employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours indicated in the Schedule of Insurance.

**Current Monthly Earnings** means the monthly earnings you receive from any employer or for any work, while Disabled and eligible for Residual Disability benefits under this plan.

**Disabled or Disability** means either Totally or Residually Disabled or Total or Residual Disability.

**Employer** means the Policyholder.

**Indexed Pre-disability Earnings** when used in this policy means your Pre-disability Earnings adjusted annually by adding the lesser of:

    (1) 10%; or

    (2) the percentage change in the Consumer Price Index (CPI-W).

The adjustment is made January 1st each year after you have been Disabled for 12 consecutive months, and if you are receiving benefits at the time the adjustment is made.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31, and the prior year's CPI-W as of July 31, divided by the prior year's CPI-W.

**Monthly Benefit** means a monthly sum payable to you while you are Disabled, subject to the terms of the Group Insurance Policy.

5

**Monthly Rate of Basic Earnings** means your regular monthly pay, from the Employer, not counting:

    (1)  commissions;

    (2)  bonuses;

    (3)  overtime pay; or

    (4)  any other fringe benefit or extra compensation.

If you become Disabled, your Monthly Rate of Basic Earnings will be the rate in effect on your last day as an Active Full-time Employee before becoming Disabled.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family, as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible or that are paid to you, to your family, or to a third party on your behalf, pursuant to any:

    (1)  temporary or permanent disability benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, or similar law;

    (2)  governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;

    (3)  plan or arrangement of coverage, whether insured or not, as a result of employment by or association with the Employer or as a result of membership in or association with any group, association, union or other organization;

    (4)  individual insurance policy where the premium is wholly or partially paid by the Employer;

    (5)  "no-fault" automobile insurance plan;

    (6)  disability benefits under the United States Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, the Quebec Pension Plan, or similar plan or act that you, your spouse and children, are eligible to receive because of your Disability.

Other Income Benefits also mean any such payments that are made to you, your family, or to a third party on your behalf, pursuant to any:

(1) disability benefit under the Employer's Retirement Plan;

(2) portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for your loss of earnings;

(3) retirement benefit from a Retirement Plan that is wholly or partially funded by employer contributions, unless:

    (a) you were receiving it prior to becoming Disabled; or

    (b) you immediately transfer the payment to another plan qualified by the United States Internal Revenue Service for the funding of a future retirement.

    Other Income Benefits will not include the portion, if any, of such retirement benefit that was funded by your after-tax contributions;

(4) retirement benefits under the United States Social Security Act, the Railroad Retirement Act, the Canada Pension Plan, the Quebec Pension Plan, or similar plan or act that you, your spouse and children, receive because of your retirement, unless you were receiving them prior to becoming Disabled.

If you are paid Other Income Benefits in a lump sum, we will pro-rate the lump sum:

(1) over the period of time it would have been paid if not paid in a lump sum; or

(2) if such period of time cannot be determined, over a period of 60 months.

The Hartford may make a retroactive allocation of any retroactive Other Income Benefit payments.

The amount of any increase in benefits paid under any federal or state law will not be included as Other Income Benefits if such increase:

(1) takes effect after the date benefits become payable under this plan; and

(2) is a general increase which:

    (a) is required by law; and

    (b) applies to all persons who are entitled to such benefits.

**Physician** means a practitioner of a healing art, which we are required by law to recognize, who is properly licensed, and practicing within the scope of that license.

**Regular Care of a Physician** means appropriate care and attendance by a Physician other than yourself, your spouse, father, mother, brother, sister, son or daughter.

**Residual Disability or Residually Disabled** means you are prevented by:

    (1) accidental bodily injury;

    (2) sickness;

    (3) mental illness;

    (4) substance abuse; or

    (5) pregnancy,

from performing some, but not all, the essential duties of your or any occupation, and as a result your Current Monthly Earnings are at least 20%, but no more than 80% of your Pre-disability Indexed Earnings.

**Retirement Plan** means a defined benefit or defined contribution plan that provides benefits for your retirement and which is not funded wholly by your contributions. It does not include:

    (1) a profit sharing plan;

    (2) thrift, savings or stock ownership plans;

    (3) a non-qualified deferred compensation plan; or

    (4) an individual retirement account (IRA), a tax sheltered annuity (TSA), Keogh Plan, 401(k) plan or 403(b) plan.

**Total Disability or Totally Disabled** means that:

    (1) during the Elimination Period; and

    (2) for the next 24 months, you are prevented by:

        (a) accidental bodily injury;

        (b) sickness;

        (c) mental illness;

        (d) substance abuse; or

        (e) pregnancy,

from performing the essential duties of your occupation, and as a result you are earning less than 20% of your Pre-disability Earnings, unless engaged in a program of Rehabilitative Employment approved by us.

After that, you must be so prevented from performing the essential duties of any occupation for which you are qualified by education, training, or experience.

8

Your failure to pass a physical examination required to maintain a license to perform the duties of your occupation does not alone mean that you are Totally Disabled.

**We/Us/Our** means the Hartford Life and Accident Insurance Company.

**You/Your/Insured Person** means the Insured Person to whom this Booklet-certificate is issued.

## ELIGIBILITY AND ENROLLMENT

**Who are Eligible Persons?**

All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**

You will become eligible for coverage on either:

    (1) the Plan Effective Date, if you have completed the Eligibility Waiting Period; or if not

    (2) the date on which you complete the Eligibility Waiting Period.

See the Schedule of Insurance for the Eligibility Waiting Period.

**How do you enroll?**

Eligible Persons will be enrolled automatically by the Employer for Option 1.

To enroll for another Option, you must:

    (1) complete and sign a group insurance enrollment form which is satisfactory to us; and

    (2) deliver it to the Employer.

If you do not enroll within 31 days after becoming eligible, the following limitations will apply to a later enrollment:

    (1) you must submit Evidence of Insurability satisfactory to us;

    (2) you may not enroll until:

        (a) an Annual Enrollment Period; or

        (b) you have a Change in Family Status.

Any such enrollment must be made during the Annual Enrollment Period or within 31 days of the Change in Family Status.

The dates of the Annual Enrollment Period are shown in the Schedule of Insurance.

## What constitutes a Change in Family Status?

A Change in Family Status means:

(1) your marriage, or the birth or adoption of a child, or becoming the legal guardian of a child;

(2) the death of or divorce from your spouse; or

(3) the death of or emancipation of a child.

## What is Evidence of Insurability?

If you are required to submit Evidence of Insurability, you must:

(1) complete and sign a health and medical history form provided by us;

(2) submit to a medical examination, if requested;

(3) provide any additional information and attending physicians' statements that we may require; and

(4) furnish all such evidence at your own expense. We will then determine if you are insurable under the plan.

## WHEN COVERAGE STARTS

### When does your coverage start?

All coverage effective dates are subject to the Deferred Effective Date provision.

You are not required to contribute toward the cost of the Core Plan. Coverage under the Core Plan will start on the date you become eligible.

You are required to contribute toward the cost of the Buy-Up Plan. If you elect coverage under the Buy-Up Plan, you must:

(1) complete and sign a group insurance enrollment form which is satisfactory to us; and

(2) deliver it to the Employer.

If you do not enroll for the Buy Up Option within 31 days after first becoming eligible, you must submit Evidence of Good Health satisfactory to us.

Your coverage will start on the date determined below:

(1) the date you become eligible, if you enroll or have enrolled by then;

(2) the date on which you enroll, if you do so within 31 days after the date you are eligible; or

(3) the date The Hartford approves your Evidence of Good Health.

(4) the first day of the month following the Annual Enrollment Period if you enroll during an Annual Enrollment Period.

10

**What is Evidence of Insurability?**
If you are required to submit Evidence of Good Health, you must:

    (1) complete and sign a health and medical history form provided by us;

    (2) submit to a medical examination, if requested;

    (3) provide any additional information and attending physicians' statements that we may require; and

    (4) furnish all such evidence at your own expense. We will then determine if you are insurable under the plan.

## DEFERRED EFFECTIVE DATE

**When will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start?**
If you are absent from work due to:

    (1) accidental bodily injury;

    (2) sickness;

    (3) pregnancy;

    (4) mental illness; or

    (5) substance abuse,

on the date your insurance or increase in coverage would otherwise have become effective, your effective date will be deferred. Your insurance, or increase in coverage will not become effective until you are Actively at Work for one full day.

## CHANGES IN COVERAGE

**Can you change benefit options?**
You may change to an option providing increased or decreased benefits only:

    (1) during an Annual Enrollment Period; or

    (2) within 31 days of a Change in Family Status.

You may decrease coverage, or increase coverage to a higher option. An increase in coverage will be subject to your submission of Evidence of Insurability that meets our approval.

**When will a requested change in benefit options take effect?**
If you enroll for a change in benefit option during an Annual Enrollment Period, the change will take effect on the later of:

    (1) the first day of the month following the Annual Enrollment Period; or

    (2) the date we approve your Evidence of Insurability if you are required to submit Evidence of Insurability.

If you enroll for a change in benefit option within 31 days following a change in Family Status, the change will take effect on the later of:

(1) the date you enroll for the change; or

(2) the date we approve your Evidence of Insurability if you are required to submit Evidence of Insurability.

Any such increase in coverage is subject to the following limitations:

(1) the Deferred Effective Date Provision; and

(2) Pre-existing Conditions Limitations.

**Do coverage amounts change if there is a change in your class or your rate of pay?**

Your coverage may increase or decrease on the date there is a change in your class or Monthly Rate of Basic Earnings. However, no increase in coverage will be effective unless on that date you:

(1) are an Active Full-time Employee; and

(2) are not absent from work due to being Disabled.

If you were so absent from work, the effective date of such increase will be deferred until you are Actively at Work for one full day.

No change in your Rate of Basic Earnings will become effective until the date The Hartford receives notice of the change.

**What happens if the Employer changes the Plan?**

Any increase or decrease in coverage because of a change in the Schedule of Insurance will become effective on the date of the change, subject to the following limitations on an increase:

(1) the Deferred Effective Date provision; and

(2) Pre-existing Conditions Limitations.

## EXCLUSIONS

**What Disabilities are not covered?**

The plan does not cover, and no benefit shall be paid for any Disability:

(1) unless you are under the Regular Care of a Physician;

(2) that is caused or contributed to by war or act of war (declared or not);

(3) caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation; or

(4) caused or contributed to by an intentionally self-inflicted injury.

12

If you are receiving or are eligible for benefits for a Disability under a prior disability plan that:
  (1) was sponsored by the Employer; and
  (2) was terminated before the Effective Date of this plan,
no benefits will be payable for the Disability under this plan.

## PRE-EXISTING CONDITIONS LIMITATIONS

**Are there any other limitations on coverage?**

This provision applies only to employees hired on or after and who enroll on or after the Plan Effective Date.

No benefit will be payable under the Plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless such Disability begins after the last day of a period of 12 months during which you have been continuously insured under this Plan.

**Pre-existing Condition** means:
  (1) any accidental bodily injury, sickness, mental illness, pregnancy, or episode of substance abuse; or
  (2) any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, mental illness, pregnancy, or substance abuse;
for which you received Medical Care during the 6 month period that ends the day before:
  (1) your effective date of coverage; or
  (2) the effective date of a Change in Coverage.

**Medical Care** is received when:
  (1) a Physician is consulted or medical advice is given; or
  (2) treatment is recommended, prescribed by, or received from a Physician.

Treatment includes but is not limited to:
  (1) Medical examinations, tests, attendance or observation;
  (2) use of drugs, medicines, medical services, supplies or equipment.

13

## TERMINATION

**When does your coverage terminate?**

You will cease to be covered on the earliest to occur of the following dates:

   (1) the date the Group Insurance Policy terminates;

   (2) the date the Group Insurance Policy no longer insures your class;

   (3) the date premium payment is due but not paid by the Employer;

   (4) the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;

   (5) the date you cease to be an Active Full-time Employee in an eligible class including:

      (a) temporary layoff;

      (b) leave of absence, including but not limited to leave for military service; or

      (c) a general work stoppage (including a strike or lockout).

**Notice of Termination**

If your insurance will terminate because the group policy will terminate, the policyholder is required by the laws of the State of Connecticut to give you written notice of the termination at least 15 days before it happens. This requirement applies even if the terminating insurance will be replaced by other group insurance.

**Does your coverage continue if your employment terminates because you are Disabled?**

If you are Disabled and you cease to be an Active Full-time Employee, your insurance will be continued:

   (1) during the Elimination Period while you remain Disabled by the same Disability; and

   (2) after the Elimination Period for as long as you are entitled to benefits under the Policy.

**Must premiums be paid during a Disability?**

No premium will be due for you:

   (1) after the Elimination Period; and

   (2) for as long as benefits are payable.

**Do benefits continue if the plan terminates?**
If you are entitled to benefits while Disabled and the Group Insurance Policy terminates, benefits:
  (1) will continue as long as you remain Disabled by the same Disability; but
  (2) will not be provided beyond the date we would have ceased to pay benefits had the insurance remained in force.

Termination for any reason of the Group Insurance Policy will have no effect on The Hartford's liability under this provision.

**May coverage be continued during a family or medical leave?**
If you are granted a leave of absence according to the Family and Medical Leave Act of 1993, your Employer may continue your insurance for up to 12 weeks, or longer if required by state law, following the date your coverage would have terminated, subject to the following:
  (1) the leave authorization must be in writing;
  (2) the required premium for you must be paid;
  (3) your benefit level, or the amount of earnings upon which your benefit may be based, will be that in effect on the day before said leave commenced; and
  (4) such continuation will cease immediately if one of the following events should occur:
     (a) the leave terminates prior to the agreed upon date;
     (b) the termination of the Group Insurance Policy;
     (c) non-payment of premium when due by the Policyholder or you; or
     (d) the Group Insurance Policy no longer insures your class.

## DISABILITY BENEFITS

**When do benefits become payable?**
You will be paid a monthly benefit if:
  (1) you become Disabled while insured under this plan;
  (2) you are Disabled throughout the Elimination Period;
  (3) you remain Disabled beyond the Elimination Period;
  (4) you are, and have been during the Elimination Period, under the Regular Care of a Physician; and
  (5) you submit proof of loss satisfactory to The Hartford.

Benefits accrue as of the first day after the Elimination Period and are paid monthly.

**When will benefit payments cease?**
We will cease benefit payment on the first to occur of:
  (1) the date you are no longer Disabled;
  (2) the date you fail to furnish proof, when requested by us, that you continue to be Disabled;
  (3) the date you are no longer under the Regular Care of a Physician, or refuse to be examined by a Physician, if we require such an examination;
  (4) the date you die;
  (5) the date determined from the Maximum Duration of Benefits Table shown in the Schedule of Insurance; or
  (6) the date your Current Monthly Earnings exceed 80% of your Pre-disability Indexed Earnings.

## MENTAL ILLNESS AND SUBSTANCE ABUSE BENEFITS

**Are benefits limited for Mental Illness or substance abuse?**

If you are Disabled because of:

    (1) Mental Illness that results from any cause;

    (2) any condition that may result from Mental Illness;

    (3) alcoholism; or

    (4) the non-medical use of narcotics, sedatives, stimulants, hallucinogens, or any other such substance,

then, subject to all other Policy provisions, benefits will be payable:

    (1) only for so long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition; or

    (2) when you are not so confined, a total of 24 months for all such Disabilities during your lifetime.

**Mental Illness** means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations of psychological, behavioral or emotional disorders, but excluding demonstrable, structural brain damage.

## RECURRENT DISABILITY

**What happens if you return to work but become Disabled again?**

Attempts to return to work as an Active Full-time Employee during the Elimination Period will not interrupt the Elimination Period, subject to the following limitations:

    (1) for an Elimination Period of 180 or more days, up to 30 such return-days are allowed;

    (2) for an Elimination Period of less than 180 days, up to 5 such return-days are allowed for each 30 days of Elimination Period.

Any day you were Actively at Work will not count towards the Elimination Period.

After the Elimination Period, when a return to work as an Active Full-time Employee is followed by a recurrent Disability, and such Disability is: ·

    (1) due to the same cause; or

    (2) due to a related cause; and

    (3) within 6 month(s) of the return to work,

the Period of Disability prior to your return to work and the recurrent Disability will be considered one Period of Disability, provided the Group Insurance Policy remains in force.

If you return to work as an Active Full-time Employee for 6 month(s) or more, any recurrence of a Disability will be treated as a new Disability. A new Disability is subject to a new Elimination Period and a new Maximum Duration of Benefits.

The term "Period of Disability" as used in this provision means a continuous length of time during which you are Disabled under this plan.

The Elimination Period and Maximum Duration of Benefits Table are in the Schedule of Insurance.

## CALCULATION OF MONTHLY BENEFIT

**How are benefits calculated for Total Disability?**

If you are Disabled after the Elimination Period, your Monthly Benefits will be calculated as follows:

(1) Multiply your Monthly Rate of Basic Earnings by the Benefit Percentage Option shown in the Schedule of Insurance;

(2) Identify the Maximum Benefit shown in the Schedule of Insurance;

(3) Compare the amounts determined in items (1) and (2) above and from the lesser amount subtract all Other Income Benefits.

The result is your Monthly Benefit. Your Monthly Benefit, however, will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

**How is the benefit calculated for a period of less than a month?**

If a Monthly Benefit is payable for less than a month, The Hartford will pay 1/30 of the Monthly Benefit for each day you were Disabled.

## RESIDUAL DISABILITY BENEFIT

**How are benefits calculated for Residual Disability?**

If you are able to perform some but not all the essential duties of your or any occupation, and are Residually Disabled, the following calculation is used to determine your Monthly Benefit:

17

Monthly Benefit = ((A - B) / A) x C

Where

A = Your Indexed Pre-disability Earnings.
B = Your Current Monthly Earnings.
C = The Monthly Benefit payable if you were Totally Disabled.

Your Monthly Benefit, however, will not be less than the Minimum Monthly Benefit shown in the Schedule of Insurance.

If you are participating in a program of Rehabilitative Employment approved by us, your Monthly Benefit will be determined by the Rehabilitative Employment Benefit.

## VOCATIONAL REHABILITATION/ REHABILITATIVE EMPLOYMENT

**What Vocational Rehabilitative services are available?**

**Vocational Rehabilitation** means employment or services that prepare you, if Disabled, to resume gainful work. If you are Disabled, our Vocational Rehabilitative Services may help prepare you to resume gainful work.

Our Vocational Rehabilitative Services include, when appropriate, any necessary and feasible:

    (1) vocational testing;

    (2) vocational training;

    (3) work-place modification, to the extent not otherwise provided;

    (4) prosthesis; or

    (5) job placement.

**Rehabilitative Employment** means employment that is part of a program of Vocational Rehabilitation. Any program of Rehabilitative Employment must be approved, in writing, by us.

**Do earnings from Rehabilitative Employment affect the Monthly Benefit?**

If you are Disabled and are engaged in an approved program of Rehabilitative Employment, your Monthly Benefit will be:

    (1) the amount calculated for Total Disability; but

    (2) reduced by 50% of the income received from each month of such Rehabilitative Employment.

18

The sum of the resulting net Monthly Benefit and your total income received under Rehabilitative Employment may not exceed 100% of your Pre-disability Indexed Earnings. If it does, the Monthly Benefit will be reduced by the amount of excess.

## COST-OF-LIVING ADJUSTMENT

**How do benefits keep abreast of inflation?**

Your Monthly Benefit for Total Disability may increase in accordance with the Cost-of-Living formula described below. The Cost-of-Living Adjustment is made each year on January 1st. Your Monthly Benefit may increase under this formula provided you:

    (1) have been Totally Disabled for 12 consecutive months; and

    (2) are receiving benefits when the Cost-of-Living Adjustment is made.

**What is the Cost-of-Living Formula?**

To apply the Cost-of-Living Formula:

    (1) determine the lesser of:

        (a) 3%; or

        (b) 1/2 the percentage change in the Consumer Price Index;

    (2) multiply the resulting percentage (%) times the Monthly Benefit for Total Disability being received; and

    (3) add the resulting amount to your Monthly Benefit.

**How long will Cost-of-Living Adjustments continue?**

No Cost-of-Living Adjustment will be made after you cease to be Totally Disabled or you have received 5 adjustments.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31, and the prior year's CPI-W as of July 31, divided by the prior year's CPI-W.

## GENERAL PROVISIONS

**What happens if facts are misstated?**

If material facts about you were not stated accurately:

    (1)  your premium may be adjusted; and

    (2)  the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement made by you relating to your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during your lifetime. In order to be used, the statement must be in writing and signed by you.

**When should we be notified of a claim?**

You must give The Hartford written notice of a claim within 30 days after Disability starts. If notice cannot be given within that time, it must be given as soon as possible. Such notice must include your name, your address and the Group Insurance Policy number.

**Are special forms required to file a claim?**

When The Hartford receives a Notice of Claim, you will be sent forms for providing us with Proof of Loss. We will send these forms within 15 days after receiving a Notice of Claim. If we do not send the forms within 15 days, you may submit any other written proof which fully describes the nature and extent of your claim.

**When must proof of a Disability be given?**

Written proof of loss must be sent to The Hartford within 90 days after the start of the period for which The Hartford owes payment. After that, we may require further written proof that you are still Disabled. If proof is not given by the time it is due, it will not affect the claim if:

    (1)  it was not possible to give proof within the required time; and

    (2)  proof is given as soon as possible; but

    (3)  not later than 1 year after it is due, unless you are not legally competent.

20

The Hartford has the right to require, as part of the proof of loss:

(1) your signed statement identifying all Other Income Benefits; and

(2) proof satisfactory to The Hartford that you and your dependents have duly applied for all Other Income Benefits which are available.

After submitting proof of loss, you will be required to apply for Social Security disability benefits. If the Social Security Administration denies your eligibility for any such benefits, you will be required to follow the process established by the Social Security Administration to reconsider the denial and, if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

The Hartford reserves the right to determine if your proof of loss is satisfactory.

You will not be required to claim any retirement benefits which you may only get on a reduced basis.

**What additional proof of Disability is The Hartford entitled to?**
The Hartford may have you examined to determine if you are Disabled. Any such examination will be:

(1) at The Hartford's expense; and

(2) as reasonably required by The Hartford.

**Who gets the benefit payments?**
All payments are payable to you. Any payments owed at your death may be paid to your estate. If any payment is owed to your estate, a person who is a minor or a person who is not legally competent, then The Hartford may pay up to $1,000 to any of your relatives who is entitled to it in the opinion of The Hartford. Any such payment shall fulfill The Hartford's responsibility for the amount paid.

**When are payment checks issued?**
If written Proof of Loss is furnished, accrued benefits will be paid at the end of each month that you are Disabled. If payment for a part of a month is due at the end of the claim, it will be paid as soon as written Proof of Loss is received.

**What notification will you receive if your claim is denied?**

If a claim for benefits is wholly or partly denied, you will be furnished with written notification of the decision. This written decision will:

    (1)  give the specific reason(s) for the denial;

    (2)  make specific reference to the Policy provisions on which the denial is based;

    (3)  provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and

    (4)  provide an explanation of the review procedure.

**What recourse do you have if your claim is denied?**

On any denied claim, you or your representative may appeal to The Hartford for a full and fair review. You may:

    (1)  request a review upon written application within 60 days of the claim denial;

    (2)  review pertinent documents; and

    (3)  submit issues and documents in writing.

A decision will be made by The Hartford no more than 60 days after the receipt of the request, except in special circumstances (such as the need to hold a hearing), but in no case more than 120 days after the request for review is received. The written decision will include specific references to the Policy provisions on which the decision is based.

**When can legal action be started?**

Legal action cannot be taken against The Hartford:

    (1)  sooner than 60 days after due Proof of Loss has been furnished; or

    (2)  3 years after the time written Proof of Loss is required to be furnished according to the terms of the Policy (5 years in Kansas; 6 years in South Carolina).

**What are The Hartford's subrogation rights?**

If an Insured Person:

    (1)  suffers a Disability because of the act or omission of a Third Party; and

    (2)  becomes entitled to and is paid benefits under the Group Insurance Policy in compensation for lost wages; and

    (3)  does not initiate legal action for the recovery of such benefits from the Third Party in a reasonable period of time;

then The Hartford will be subrogated to any rights the Insured Person may have against the Third Party and may, at its option, bring legal action to recover any payments made by it in connection with the Disability.

22

**What happens if benefits are overpaid?**

We have the right to recover from you any amount that is determined to be an overpayment of benefits under this plan. Repayment to us must be made within 60 days of your receipt of our notice of the amount of the overpayment. If you do not repay the overpayment within the 60 day period, we may, without forfeiting our right to collect an overpayment through any means legally available to us, recover all or any portion of the overpayment by reducing or withholding future benefit payments, including, if applicable, the Minimum Monthly Benefit.

23

ERISA

**The Following Important Notice
is Provided by Your Employer
for your Information Only.**

**Conforming Instrument**

For the purpose of meeting certain requirements of the Employee Retirement Income Security Act of 1974, the following information and the attached Claim Procedures and Statement of ERISA Rights are provided for use with your booklet-certificate to form the Summary Plan Description.

The benefits described in your booklet are provided under a group policy by the Insurance Company and are subject to the terms and conditions of that policy.

A copy of this policy is available for your review during normal working hours in the office of the Plan Administrator.

---

1. **Plan Name**

   HSB Group, Inc. Employees Disability Plan

---

2. **Plan Number**

   503

---

3. **Employer/Plan Sponsor**

   HSB Group, Inc.
   One State Street
   P.O. Box 5024
   Hartford, CT 06102-5024

---

24

4. **Employer Identification Number**

06-0384680

5. **Type of Plan**

Welfare Benefit Plan providing Group Long Term Disability Insurance Benefits.

6. **Plan Administrator**

Same as Employer/Plan Sponsor in Item 3.

7. **Agent for Service of Legal Process**

. For the Plan:

Plan Administrator c/o The Human Resource Department
The Hartford Steam Boiler Inspection and Insurance Co.
One State Street, P.O. Box 5024, Hartford, CT 06102-5024

For the Policy:

Hartford Life and Accident Insurance Company
200 Hopmeadow Street
Simsbury, CT 06089

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

8. **Sources of Contributions** – The Employer pays the premium for the insurance, but may allocate part of the cost to the employee. The Employer determines the portion of the cost to be paid by the employee.

9. **Type of Administration** – The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group policy.

10. The Plan and its records are kept on a Policy Year basis.

11. **Labor Organizations**
    None

12. **Names and Addresses of Trustees**
    None

13. **Plan Amendment Procedure**

    The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

    HSB Group, Inc. also reserves the right to adjust your share of the cost to continue coverage by the same procedures.