1

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3   ROBERT M. HARTRANFT, JR.,      DOCKET NO. 3:01CV1870(GLG)

 4         PLAINTIFF,

 5   VS

 6   HARTFORD LIFE AND ACCIDENT     September 30, 2003

 7   INSURANCE CO.,

 8         DEFENDANT.

 9

10         DEPOSITION OF ANTOINETTE C. ADAMOWICZ

11

12   APPEARANCES:

13         LAW OFFICES OF JUDITH D. MEYER, ESQ.
                Attorney for the Plaintiff
14              152 Simsbury Road
                Post Office Box 451
15              Avon, Connecticut 06001-0451
           BY:  JUDITH D. MEYER, ESQ.
16
           DELANEY, ZEMETIS, DONAHUE, DURHAM & NOONAN, PC
17              Attorneys for the Defendant
                741 Boston Post Road, Suite 306
18              Guilford, Connecticut 06437
           BY:  MICHAEL G. DURHAM, ESQ.
19
           DAY, BERRY & HOWARD, LLP
20              Attorneys for HSB Group, Inc.
                CityPlace I
21              Hartford, Connecticut 06103-3499
           BY:  ERIC L. SUSSMAN, ESQ.
22

23

24
                     DONALD E. HUBBARD, LSR #00007
25                   REGISTERED PROFESSIONAL REPORTER
```

4

1    Q    But you were here for most of Merily Tine's
2    deposition, weren't you?
3    A    Correct.
4    Q    Or the period of this deposition during which
5    she was testifying. And I think you understand that you
6    have to make a verbal response to my questions. Okay?
7    A    Correct.
8    Q    You need to wait until I finish speaking and I
9    need to wait until you finish speaking so the court
10   reporter can make a record.
11   A    Right.
12   Q    You do agree that if you don't understand one
13   of my questions, you'll tell me that. Okay?
14   A    Right.
15   Q    Do you understand why you were asked to come
16   here today and testify?
17   A    Yes.
18   Q    What is your understanding of that?
19   A    That I was a part of issuing an endorsement to
20   the policy in question that was covering the gentleman
21   with the claim.
22   Q    So, you were part of issuing the endorsement
23   that is attached to Exhibit L; is that correct?
24   A    That's correct.
25   Q    Why don't you find Exhibit L among those.

5

```
 1        A    These are mine?
 2        Q    No, they are not yours.
 3        A    Mine to look at.  This one.  Yes.  This is why
 4   I'm here.
 5        Q    All right.  What part did you play in issuing
 6   this endorsement?
 7        A    I managed the team that actually mailed this.
 8   I was the business manager that oversaw the teams who
 9   issued contracts and booklet certificates and agreements,
10   and as the manager was advised that this was a project
11   that needed to be done.
12        Q    So what do the people on your team actually
13   do?
14        A    At that time the team issued policies of
15   insurance, booklet certificate and agreements to our
16   group policyholders.
17        Q    What is your position at The Hartford?
18        A    Currently I am the manager of the presale unit
19   of the --
20        Q    Of the?
21        A    Presale unit of the national account
22   department.
23        Q    How long have you been employed at The
24   Hartford?
25        A    Twenty-six years.
```

6

1    Q    Congratulations.

2    A    Thank you.

3    Q    And what was your job in 1999?

4    A    I was the assistant director of the policy
5    issuist that issued the documents that policy issuists --

6    Q    Policy issuists?

7    A    Yes, that was the term used for the employees
8    on the teams that issued policy issuists.

9    Q    Who made the decision to provide this
10   endorsement to issue and deliver this endorsement to
11   Hartford Steam Boiler?

12              MR. DURHAM:  Object to the form.

13              MS. MEYER:  What's your objection to
14   form?

15              MR. DURHAM:  Well, we really -- we
16   really want to answer your questions about this area and
17   we will, but there are some aspects of this that are
18   protected by the attorney/client privilege.

19              MS. MEYER:  Who made the decision it is
20   protected by the attorney/client privilege?

21              MR. DURHAM:  Let me -- it is.

22              MS. MEYER:  I'm asking, because it's 10
23   after 5:00, I asked what your objection to form is.  I
24   don't think I have asked her a privilege question.  Can
25   we go on?

```
 1               MR. DURHAM:  No.  If you would let me
 2      just finish.  There may be questions that are permissible
 3      questions that would require the disclosure of
 4      information that was learned or became known through
 5      attorney/client communications and that's the portion of
 6      this that I'm concerned about.  So --
 7               MS. MEYER:  If she learned something
 8      through an attorney/client communication, that's one
 9      thing.
10               MR. SUSSMAN:  Right.
11               MS. MEYER:  What I'm asking right now is
12      who made the decision.  I don't think that's privileged.
13               MR. DURHAM:  All I'm doing is putting on
14      the record to the client and to the witness a reminder
15      that she is not to disclose attorney/client information.
16      She can answer.
17          A    Who made the decision?  It was an attorney in
18      our law department named Greg Kone.  I believe it's
19      spelled K-o-n-e.
20      BY MS. MEYER:
21          Q    When?
22          A    It was in the fall of '98 when he made his
23      first decision.
24          Q    And when did you first issue the endorsement
25      that is the second page of March 22, 1999 to Hartford
```

```
1        Q    Yes.
2        A    3/22/99 it was put in the U.S. Mail.
3        Q    To Hartford Steam Boiler?
4        A    Correct.
5        Q    When was it placed in the file of the group
6   insurance policy maintained in the offices of The
7   Hartford?
8        A    It should have been 3/23/99, the same day it
9   was mailed.
10       Q    And not before that date?
11       A    Yes, it should not have been before that date.
12            MS. MEYER:  I have no further questions
13  for this witness.
14
15                  CROSS EXAMINATION
16  BY MR. DURHAM:
17       Q    I just want to make sure we're clear.
18       A    Okay.
19       Q    Exhibit L is a copy of your March 22nd, 1999
20  letter to HSB Group, correct?
21       A    That's correct.
22       Q    And you'll see handwriting, "Mailed March
23  23rd, 1999"?
24       A    Right.
25       Q    That verifies this letter with the enclosures
```

THE HARTFORD

mailed 3/23/99

March 22, 1999

HSB Group, Inc.
One State Street, P.O. Box 5024
Hartford, CT 06102-5024

RE: Amendment to Policy Number GLT-208185 ("the Policy")

Dear Policyholder:

During a recent examination of the Policy, it was discovered that certain critical ERISA language was inadvertently omitted from the Policy's booklet-certificate the problem and all certificates issued after September 1998 do contain this language.

Since certificates issued to your employees prior to the September 1998 date do not contain this very important language, we would appreciate your assistance in helping us ensure that all of your employees' certificates are consistent and that there is no disparity in policy language. In this regard, please find enclosed a supply of endorsements amending all booklet-certificates issued prior to September 1998 to include the previously omitted language. We would very much appreciate it if you would distribute these endorsements to your employees immediately.

In addition, we are enclosing a rider to the Policy indicating that the above referenced endorsement to the booklet-certificate has been made. You should keep the rider and one of the endorsements with the Policy for your records.

Your assistance and cooperation in this matter is greatly appreciated.

Sincerely,

Sue Adamowicz

Sue Adamowicz
Assistant Director
Customer Services

EXHIBIT
PLF L
DEH 9/30/03

200 Hopmeadow Street
Simsbury, CT 06089
860 525 8555

Mailing Address: P.O. Box 2999
Hartford, CT 06104-2999

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
Endorsement

Policyholder: HSB Group, Inc.

Group Policy No.: GLT-208185

Effective Date: January 1, 1998

This endorsement forms part of your booklet-certificate which describes the provisions of the group policy specified above.

It is understood and agreed that the booklet-certificate is amended to include the following provisions:

Who Interprets Policy Terms and Conditions?

The Hartford has full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

*Lynda Godkin*

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

GR-2025(496)A-HLA-DISC

3-'99