UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT M. HARTRANFT, JR., : | CIVIL ACTION NO. 3:01CV1870(GLG) |
| Plaintiff, : | |
| VS. : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE : | |
| CO. and HSB GROUP, INC., : | |
| Defendants. : | DECEMBER 5, 2003 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFF'S MOTION IN LIMINE**

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, the defendant, HSB Group, Inc. ("HSB"), respectfully requests an extension of time of seven (7) days, up to and including December 24, 2003, to file a response to the plaintiff's Motion in Limine. The defendant requests an extension of time because: (1) the undersigned did not receive plaintiff's Motion in Limine until November 21, 2003, although the brief was due on November 17th; (2) the undersigned will be out of the country on vacation during the week of December 8, 2003; and (3) the defendant requires the additional time to analyze and respond to the arguments raised in Plaintiff's Motion.

The requested extension will not delay trial or discovery in this matter. No previous motions for an extension of this deadline have been requested by defendant. Counsel for

**ORAL ARGUMENT IS NOT REQUESTED**

-2-

defendant has contacted plaintiff's attorney, Judith Meyer, with respect to this Motion and she has no objection.

                          DEFENDANT, HSB GROUP, INC.

                          By _____
                              Felix J. Springer (ct05700)
                              Eric L. Sussman (ct19723)
                              Day, Berry & Howard LLP
                              CityPlace I
                              Hartford, Connecticut 06103-3499
                              (860) 275-0100
                              (860) 275-0343 (fax)
                              Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent this date, via first class mail, postage prepaid, to:

Judith D. Meyer, Esq.
152 Simsbury Road
P. O. Box 451
Avon, CT 06001-0451

Michael G. Durham, Esq.
Delaney, Zemetis, Donahue, Durham
 & Noonan
741 Boston Post Road
Guilford, CT 06437

_____
Eric L. Sussman