FILED

Dec 9  2 21 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN, CONN.

| | |
|---|---|
| ROBERT M. HARTRANFT, JR. | |
| Plaintiff | CIVIL ACTION NO.<br>3:01CV1870 (GLG) |
| v. | |
| HARTFORD LIFE & ACCIDENT<br>INSURANCE COMPANY, ET AL | DECEMBER 9, 2003 |
| Defendants | |

### DEFENDANT HARTFORD LIFE & ACCIDENT INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION IN LIMINE

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, the defendant, Hartford Life & Accident Insurance Company ("Hartford Life"), hereby moves for an extension of time up to and including December 24, 2003, within which to file an Opposition to the plaintiff's Motion In Limine. The defendant requests an extension of time because: (1) the undersigned did not receive plaintiff's Motion In Limine until November 21, 2003, although the brief was due on November 17th; and (2) the defendant requires the additional time to analyze and respond to the arguments raised in Plaintiff's Motion.

The requested extension will not delay trial or discovery in this matter.

Plaintiff's counsel consents to this request for an extension of time.

This is the defendant's first request for an extension of time.

THE DEFENDANT,
HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY

By _____
MICHAEL G. DURHAM (#ct 05342)
DELANEY, ZEMETIS, DONAHUE,
DURHAM & NOONAN, P.C.
741 Boston Post Road, Suite 306
Guilford, CT   06437
Telephone:  (203) 458-9168
Facsimile:  (203) 458-4424
E-Mail:     mgdurham@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Attorney Judith D. Meyer
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT   06001-0451

Eric L. Sussman, Esq.
Felix J. Springer, Esq.
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT   06103-3499

_____
MICHAEL G. DURHAM

2