**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
---------------------------------X
ROBERT M. HARTRANFT, JR.,          :
                                   :
          Plaintiff,               :          <u>ORDER</u>
                                   :
     -against-                     :
                                   :          **3: 01 CV 1870 (GLG)**
HARTFORD LIFE & ACCIDENT           :
INSURANCE COMPANY, et al.,         :
                                   :
          Defendant.               :
---------------------------------X


     Defendant's Motion for Extension of Time to File Response to

Plaintiff's Motion in Limine [Doc. #38] is hereby **Granted.**

          **SO ORDERED.**


**Dated:     December 15, 2003**
**          Waterbury, CT**          _____/s/_____
                                        **Gerard L. Goettel**
                                        **U.S.D.J.**