# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT M. HARTRANFT, JR., | : CIVIL ACTION NO. 3:01CV1870(GLG) |
| Plaintiff, | : |
| VS. | : |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO. and HSB GROUP, INC., | : |
| Defendants. | : DECEMBER 23, 2003 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant, HSB Group, Inc. ("HSB") has manually filed the Exhibits A-J to Defendant HSB Group, Inc.'s Objection to Plaintiff's Motion in Limine.

The Exhibits A-J have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The Exhibits have been manually served on all parties.

41467658_1.DOC 068319-01040

DEFENDANT, HSB GROUP, INC.

By _____
Felix J. Springer (ct05700)
Eric L. Sussman (ct19723)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, via first class mail, postage prepaid, to:

Judith D. Meyer, Esq.
152 Simsbury Road
P. O. Box 451
Avon, CT 06001-0451

Michael G. Durham, Esq.
Delaney, Zemetis, Donahue, Durham
 & Noonan
741 Boston Post Road
Guilford, CT 06437

_____
Eric L. Sussman

41467658_1.DOC 068319-01040

-2-