UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------X
ROBERT M. HARTRANFT, JR.,           :
                                    :
        Plaintiff,                  :
                                    :     3: 01 CV 1870 (GLG)
    -against-                       :         ORDER
                                    :
HARTFORD LIFE AND ACCIDENT          :
INSURANCE COMPANY, et al.           :
                                    :
        Defendant.                  :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___  All purposes except trial, unless the parties consent to trial before the magistrate judge.

___  A ruling on all pretrial motions except dispositive motions.

___  To supervise discovery and resolve discovery disputes.

_X_  A ruling on the following motion which is currently pending: **Motion in Limine [Doc. #36]**

___  Settlement conference.

___  A conference to discuss the following:

___  Other:


**SO ORDERED.**

**May 13, 2004**
**Waterbury, Connecticut.**

                                        _____/s/_____
                                        **Gerard L. Goettel**
                                        **United States District Judge**