**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------X
**ROBERT M. HARTRANFT, JR.,**            :
                                         :
      Plaintiff,                    :         <u>**ORDER**</u>
                                         :
  -against-                             :
                                         :         **3: 01 CV 1870 (GLG)**
**HARTFORD LIFE AND ACCIDENT**           :
**INSURANCE COMPANY, et al.,**           :
                                         :
      Defendants.                   :
-----------------------------------X

    This Court, *sua sponte*, hereby VACATES the Order of Referral [Doc. #45] to Magistrate Judge William I. Garfinkel for ruling on the pending Motion in Limine.

    **SO ORDERED.**

**Dated:   May 26, 2004**
        **Waterbury, CT**                          _____/s/_____
                                                               Gerard L. Goettel
                                                                  U.S.D.J.