UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

May 27, 2004

3:01CV1870(MRK)     Hartfrant vs. Hartford Life

NOTICE TO COUNSEL

     We have transferred the above-captioned case from the docket of the Honorable Gerard L. Goettel, United States District Judge, to the docket of the Honorable Mark R. Kravitz, United States District Judge, who sits in New Haven, CT.  Counsel shall file all future filings with the Office of the Clerk, United States District Court, 141 Church Street, New Haven, CT 06510.  The initials "MRK" shall appear after the case number.

                                      By Order of the Court


                                      Kevin F. Rowe, Clerk