Original

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 23  11 06 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ROBERT M. HARTRANFT, JR., :

Plaintiff, : NO. 3:01CV1870 (MRK)

:

HARTFORD LIFE & ACCIDENT :
INSURANCE COMPANY, ET AL. :

:

Defendants. :

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to Robert N. Chatigny. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, and shall bear the docket number 3:01 CV 1870 (RNC). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 23rd day of June 2004.

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge