UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -2 P 1:57
U.S. DISTRICT COURT
HARTFORD, CT.

ROBERT M. HARTRANFT, JR.,  :
    Plaintiff,  :
V.  : CASE NO. 3:01CV1870 (RNC)
HARTFORD LIFE & ACCIDENT  :
INSURANCE CO., ET AL.,  :
    Defendants.  :

ORDER

    In the interest of justice, the above identified case is hereby transferred to Judge <u>Janet Bond Arterton</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u> and bear the docket number <u>3:01cv1870(JBA</u>.) Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. <u>See</u> Local Rule 7(a).

    So ordered.

    Dated at Hartford, Connecticut this 2 day of July 2004.

                                    Robert N. Chatigny
                                    United States District Judge