UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT M. HARTRANFT, JR.  :  CIVIL NO. 3:01CV1870 (JBA)

    Plaintiff
  v.  :

HARTFORD LIFE AND ACCIDENT
INSURANCE CO. AND HSB GROUP,
INC.  :

    Defendants  :  AUGUST 30, 2004

APPEARANCE

Please enter the appearance of Patricia M. Strong, as attorney for the Plaintiff, Robert M. Hartranft, Jr., in the above matter.

    THE PLAINTIFF

    ROBERT M. HARTRANFT, JR.

    By _____
    Patricia M. Strong
    415 Silas Deane Highway
    Suite 220
    Wethersfield, CT  06109
    (860) 571-7440
    Federal Bar No. ct08677
    His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of August, 2004, to Judith D. Meyer, 152 Simsbury Road, P. O. Box 451, Avon, CT 06001-0451; Michael G. Durham, Delaney, Zemetis, Donahue, Durham & Noonan, P.C., 741 Boston Post Road, Suite 306, Guilford, CT 06437; and Felix J. Springer and Eric L. Sussman, Day, Berry & Howard LLP, CityPlace I, Hartford, CT 06103-3499.

_Patricia M. Strong_
Patricia M. Strong