UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Hartranft                       :

v.                              : NO. 3:01cv1870 (JBA)

Hartford Life, et al            :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling on the following motion(s):

✔ - Settlement conference.

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 6, 2004

FILED
Oct 6  2 43 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN