UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT M. HARTRANFT, JR. : | |
| : | CIVIL ACTION NO. |
| : | 3:01CV1870 (JGM) |
| v. : | |
| : | |
| HARTFORD LIFE & ACCIDENT : | OCTOBER 15, 2004 |
| INSURANCE COMPANY, ET AL : | |

**PARTIES' JOINT PROPOSAL
FOR MODIFICATION OF DISCOVERY SCHEDULE**

In accordance with the Court's instructions, counsel for all the parties met telephonically on October 8, 2004 and agreed to the following schedule for the completion of discovery:

1. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed by March 31, 2005.

2. Written discovery by any party shall be served on or before November 1, 2004. Responses shall be served by December 1, 2004.

3. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 2, 2005. Depositions of any such experts will be completed by February 15, 2005.

4. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by February 15, 2005. Depositions of such experts will be completed by March 31, 2005.

5. A damages analysis will be provided by the plaintiff on or before December 15, 2004.

6. Dispositive motions will be filed on or before April 30, 2005.

WHEREFORE, the parties jointly request that the Court approve this modified discovery order.

                        THE PLAINTIFF,
                        ROBERT M. HARTRANFT, JR.


By:_____
    PATRICIA M. STRONG (ct 08677)
    415 Silas Deane Highway
    Suite 220
    Wethersfield, CT   06109-2119
    Telephone:  (860) 571-7440
    Facsimile:  (860) 571-7436
    pstronglaw@aol.com

        THE DEFENDANT,
        HSB GROUP, INC.


    By:_____
      ERIC L. SUSSMAN (ct 19723)
      DAY, BERRY & HOWARD, LLP
      CityPlace I
      Hartford, CT   06103-3499
      Telephone:  (860) 275-0100
      Facsimile:  (860) 275-0343
      elsussman@dbh.com

        THE DEFENDANT,
        HARTFORD LIFE & ACCIDENT
        INSURANCE COMPANY


By:_____
    MICHAEL G. DURHAM (ct 05342)
    DONAHUE, DURHAM & NOONAN, P.C.
    Concept Park
    741 Boston Post Road
    Suite 306
    Guilford, CT   06437
    Telephone:  (203) 458-9168
    Facsimile:   (203) 458-4424
    mdurham@ddnctlaw.com