UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**HARTRANFT**                              :

**v.**                                     : **NO. 3:01cv1870 (JBA)**

**HARTFORD LIFE, ET AL.**                  :


### SCHEDULING ORDER & ENDORSEMENT ORDER [DOC. #55]

Pursuant to the colloquy with counsel on the record 12/7/04, the following schedule is ordered:

1. A status conference will be held 1/24/05 at 3:30 p.m. in Chambers Room 118. The parties' status reports shall be submitted to chambers no later than 1/19/05 [see format attached].

2. All discovery will close 1/31/05.

3. The parties' trial memoranda will be filed 2/21/05.

4. A pre-trial conference will be held 2/25/05 at 2:30 p.m. in Chambers Room 118.

5. Trial will commence 3/14/05, 8:30 a.m. - 2:00 p.m. daily.

6. Joint Proposal for Modification of Discovery Schedule [doc. #55] is GRANTED, in part, as set forth above.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** <u>December    , 2004</u>

RE:     **CASE NO. 3:01cv1870 (JBA)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **1/19/05**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE JANET BOND ARTERTON [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK