```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

ROBERT M. HARTRANFT, JR.      :      CIVIL NO. 3:01CV1870(JBA)

         Plaintiff            :
    v.                        :

HARTFORD LIFE AND ACCIDENT    :
INSURANCE CO. AND HSB GROUP,
INC.                          :

         Defendants           :      January 11, 2005
```

## MOTION FOR ENLARGEMENT OF TIME

The Plaintiff, Robert M. Hartranft, hereby moves this Court for an enlargement of time to and including February 2, 2005, in which a dismissal order shall enter pursuant to Fed. R. Civ. Proc. 41(b). The reason for this request is that the additional time is needed to finalize and execute the settlement agreement among the parties. At that time, the parties will file a Stipulation of Voluntary Dismissal pursuant to Rule 41(a).

Counsel for the Defendant Hartford Life and Accident Insurance Co., Atty. Michael G. Durham, and for the Defendant HSB Group, Inc., Atty. Eric L. Sussman, do not object to the granting of this Motion. This is Plaintiff's first request for enlargement on the January 19 dismissal date.

**PLAINTIFF: ROBERT M. HARTRANFT, JR.**

By *Patricia M. Strong*
Patricia M. Strong   ct08677
415 Silas Deane Highway
Suite 220
Wethersfield, CT  06109
(860) 571-7440
His Attorney

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 11TH day of January 2005, to Atty. Michael G. Durham, Delaney, Zemetis, Donahue, Durham & Noonan, P.C., 741 Boston Post Road, Suite 306, Guilford, CT 06437; and Eric L. Sussman, Day, Berry & Howard LLP, CityPlace I, Hartford, CT 06103-3499.

*Patricia M. Strong*
Patricia M. Strong

2