**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**HARTRANFT**                               :

**v.**                                      : **NO. 3:01cv1870 (JBA)**

**HARTFORD LIFE, ET AL.**                   :

**ENDORSEMENT ORDER [DOC. #59]**

Motion for Enlargement of Time [doc. #59] is GRANTED to and including 2/2/05.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: January    , 2005**