FILED

2005 FEB -3  P 1: 55

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT M. HARTRANFT, JR. | CIVIL ACTION NO.<br>3:01CV1870 (JBA) |
| v. | |
| HARTFORD LIFE & ACCIDENT<br>INSURANCE COMPANY, ET AL | JANUARY 29, 2005 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the plaintiff and the defendants hereby stipulate that this case may be dismissed with prejudice, each party to bear its own costs and fees.

THE PLAINTIFF,
ROBERT M. HARTRANFT, JR.

By: /s/ Patricia M. Strong
PATRICIA M. STRONG (ct 08677)
415 Silas Deane Highway
Suite 220
Wethersfield, CT  06109-2119
Telephone: (860) 571-7440
Facsimile: (860) 571-7436
pstronglaw@aol.com

                                        THE DEFENDANT,
                                        HSB GROUP, INC.

By: _____
ERIC L. SUSSMAN (ct 19723)
DAY, BERRY & HOWARD, LLP
CityPlace I
Hartford, CT   06103-3499
Telephone:  (860) 275-0100
Facsimile:  (860) 275-0343
elsussman@dbh.com

THE DEFENDANT,
HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY

By: _____
MICHAEL G. DURHAM (ct 05342)
DONAHUE, DURHAM & NOONAN, P.C.
Concept Park
741 Boston Post Road
Suite 306
Guilford, CT  06437
Telephone:  (203) 458-9168
Facsimile:  (203) 458-4424
mdurham@ddnctlaw.com

3